UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>R. James NICHOLSON, *et al.*,<br><br>Defendants. | No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Veterans for Peace, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Veterans for Peace, Inc. which have any outstanding securities in the hands of the public.

None.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

L. Gray Geddie (D.C. Bar No. 421357)
Douglas J. Rosinski (D.C. Bar No. 461275)
Ogletree, Deakins, Nash,
    Smoak & Stewart, P.C.
1320 Main St., Suite 600
Columbia, SC 29201-3266
Attorneys for Plaintiffs

Dated: June 6, 2006