AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Vietnam Veterans of America, Inc., et al.

**SUMMONS IN A CIVIL CASE**

V.

R. James Nicholson, et al.

CASE NUMBER: 1:06-CV-01038  J.R.

Judge James Robertson

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Rosinski
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1320 Main Street, Ste 600
Columbia, SC 29201-3266

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN 2 7 2006

CLERK  /s/ Laura M Chips                          DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Vietnam Veterans of America, Inc., et al.

vs.

R. James Nicholson, et al.

No. 1:06CV01038

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:50 pm on June 28, 2006, I served Kenneth L. Wainstein, United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20530 by serving Tammy Scott, Legal Assistant, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    38
HEIGHT-    5'7"
  HAIR-    BLACK
WEIGHT-    160
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES, is true and correct.

Executed on 06/28/06
Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 172937