AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Vietnam Veterans of America, Inc. et al.

**SUMMONS IN A CIVIL CASE**

V.

R. James Nicholson, et al.

CASE NUMBER: 1:06-CV-01038 (JR)

TO: (Name and address of Defendant)

R. James Nicholson
Secretary of Veterans Affairs (Official Capacity)
810 Vermont Avenue, NW
Washington, DC 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Rosinski
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1320 Main Street, Ste. 600
Columbia, SC 29201-3266

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 7 2006

CLERK

(By) DEPUTY CLERK

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Vietnam Veterans of America, Inc., et al.

vs.

R. James Nicholson, et al.

No. 1:06CV01038 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:00 pm on July 10, 2006, I served R. James Nicholson, in his Official Capacity as Secretary of Veterans Affairs c/o Kenneth L. Wainstein, United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20530 by serving, Reginald Rowan, Legal Assistant, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  6'1"
HAIR-    BLACK
WEIGHT-  200
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  07-10-06
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 173190