IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIETNAM VETERANS OF AMERICA, INC., <u>et al.</u>,<br><br>        Plaintiffs,<br><br>        v.<br><br>R. JAMES NICHOLSON, in his official capacity as Secretary of Veterans Affairs,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420<br><br>    and<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:06-cv-01038-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants hereby move for a 30 day extension of time in which to answer or otherwise respond to the Complaint in this action, as the parties are engaged in settlement discussions that may resolve this matter. Defendants' response to the Complaint is currently due August 28, 2006. The requested extension would extend the response date to September 27, 2006. Plaintiffs' counsel has indicated that Plaintiffs do not oppose this motion.[1]

---

[1] Two other putative nationwide class actions arising from the same underlying event – the theft of a laptop and external hard drive from the home of an employee of the Department of Veterans Affairs – are currently pending in the Eastern District of Kentucky and the Eastern District of New York. Defendants have moved to transfer those two cases to this Court pursuant to 28 U.S.C. § 1404(a). In addition, Defendants have filed a motion for transfer and consolidation of all three cases before the Judicial Panel on Multidistrict Litigation, pursuant to

A proposed order is attached hereto for the Court's consideration.

WHEREFORE, Defendants respectfully request that the instant motion be GRANTED.

Dated: August 22, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


                    /s/
ORI LEV  (D.C. Bar No. 452565)
Senior Trial Counsel
DAVID M. GLASS
Senior Trial Counsel
HEATHER R. PHILLIPS
Trial Attorney
U.S. Department of Justice
Civil Division/Federal Programs Branch
Mail:   P.O. Box 883
        Washington, D.C.  20044
Street: 20 Massachusetts Ave., N.W.
        Room 7330
        Washington, DC  20001
Ph:     (202) 514-2395
Fax:    (202) 318-7589
Email: ori.lev@usdoj.gov

*Attorneys for Defendants*

---

28 U.S.C. § 1407(a).  An extension of time to respond to the Complaint is also warranted pending a decision on these transfer motions, so that all three cases can be handled together.