IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> R. JAMES NICHOLSON, in his official capacity as Secretary of Veterans Affairs, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:06-cv-01038-JR |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and good cause having been shown, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that Defendants' Answer or other response to the Complaint is hereby due September 27, 2006.

**SO ORDERED.**

Dated: _____.          _____
                                                                             JAMES ROBERTSON
                                                                             United States District Judge