UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01038(JR) |
| R. James NICHOLSON, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION OUT OF TIME TO EXTEND THE
PERIOD TO MOVE FOR CLASS CERTIFICATION**

Plaintiffs hereby move for an extension of time to move for a certification under Rule 23(c)(1) of the Federal Rules of Civil Procedure that the case may be maintained as a class action until 60 days after Defendants' Answer or the Court's resolution of any potentially dispositive response to the Complaint. Counsel inadvertently allowed the 90 day period in Local Civil Rule 23.1 to pass without timely seeking an extension. It is within this Court's discretion, however, to extend the period established in the Local Rule. As Defendants' have received a significant extension of time to file, and have not yet filed, a responsive pleading, no prejudice will result to Defendants from the requested extension. To the contrary, grave prejudice to the putative class members would result from denial of this motion.

Defendants' counsel has indicated that Defendants do not oppose this motion.

A proposed order is attached hereto for the Court's consideration.

Wherefore, Plaintiffs respectfully request that the instant motion be GRANTED.

                              Respectfully submitted,

                              _____/s/_____

                              L. Gray Geddie (D.C. Bar No. 421357)
                              Douglas J. Rosinski (D.C. Bar No. 461275)
                              Ogletree, Deakins, Nash,
                                Smoak & Stewart, P.C.
                              1320 Main St.
                              Columbia, SC 29201-3266
                              Attorneys for Plaintiffs

Dated: October 13, 2006