## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> R. James NICHOLSON, *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civ. No. 1:06-CV-01038(JR) |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Plaintiffs' Motion Out of Time to Extend the Period to Move for Class Certification, and good cause having been shown, it is hereby

ORDERED that Plaintiffs' Motion is Granted; and it is further

ORDERED that Plaintiffs' Motion for a certification under Rule 23(c)(1) of the Federal Rules of Civil Procedure that the case may be maintained as a class action is hereby due 60 days after Defendants' Answer or the Court's resolution of any potentially dispositive response to the Complaint.

SO ORDERED.

Dated:_____.                    _____
                                          JAMES ROBERTSON
                                          United States District Judge