**EXHIBIT LIST**

1. Department of Veterans Affairs, Office of Inspector General, *Review of Issues Related to the Loss of VA Information Involving the Identity of Millions of Veterans* (July 11, 2006)
2. Department of Veterans Affairs May 22, 2006 Statement Announcing the Loss of Veterans' Personal Information
3. VA FAQ (May 30, 2006)
4. FBI June 29, 2006 Press Release
5. FBI July 13, 2006 Press Release
6. ID Analytics November 15, 2006 Letter
7. *Hackett* Amended Complaint
8. *Rosato* Complaint
9. Returns of Service in *Hackett* for Secretary Nicholson
10. Return of Service in *Hackett* for Deputy Secretary Mansfield
11. Return of Service in *Rosato* for Secretary Nicholson
12. VA Org. Briefing Book (May 2005)
13. 2001 NSV Final Report
14. GPO Notice for System 58VA21/22
15. GPO Notice for BIRLS
16. GPO Notice for PERDS
17. Testimony of Robert T. Howard Before the House Committee on Veterans' Affairs (June 28, 2006)
18. Declaration of Sally Wallace
19. Declaration of Carol Williams
20. Declaration of Dat Tran
21. Declaration of Michael Moore
22. Mustard Gas Fact Sheet
23. Chart setting forth all claims and defenses
24. GAO-06-866T
25. GAO O3-110
26. Congressman Davis' Statement (Mar. 16, 2000)
27. Declaration of Paulette Saunders