# United States Department of Veterans Affairs

## Inquiry Routing & Information System (IRIS)

Contact the VA Home   Frequently Asked Questions (FAQs)   Ask a Question   FAQ Help

**Search by Topics**
Electronic Data Theft
All Sub-topics

**Search by Text for All Related Answers**

Search Tips

**Search by Exact Phrase**

[ Search ]

**Date Created**
05/30/2006 04:17 PM

**Date Updated**
05/30/2006 04:17 PM

Print FAQ
E-mail FAQ

### Frequently Asked Questions about the electronic data in May 2006

**Inquiry**
What can VA tell me about the data theft?

**FAQ**
Frequently Asked Questions on the privacy breach 5/22/06

1- I'm a veteran, how can I tell if my information was compromised?
At this point there is no evidence that any missing data has been used illegally. However, the Department of Veterans Affairs is asking all veterans to be extra vigilant and to carefully monitor bank statements, credit card statements and any statements relating to recent financial transactions. If you notice unusual or suspicious activity, you should report it immediately to the financial institution involved and contact the Federal Trade Commission for further guidance.

2- What is the earliest date at which suspicious activity might have occurred due to this data breach?
The information was stolen from an employee of the Department of Veterans Affairs during the month of May, 2006. If the data has been misused or otherwise used to commit fraud or identity theft crimes, it is likely that veterans may notice suspicious activity during the month of May.

3- I haven't noticed any suspicious activity in my financial statements, but what can I do to protect myself and prevent being victimized by credit card fraud or identity theft?
The Department of Veterans Affairs strongly recommends that veterans closely monitor their financial statements and visit the Department of Veterans Affairs special website on this, www.firstgov.gov or call 1-800-FED-INFO (1-800-333-4636).

4- Should I reach out to my financial institutions or will the Department of Veterans Affairs do this for me?
The Department of Veterans Affairs does not believe that it is necessary to contact financial institutions or cancel credit cards and bank accounts, unless you detect suspicious activity.

EXHIBIT 3

5- Where should I report suspicious or unusual activity?
The Federal Trade Commission recommends the following four steps if you detect suspicious activity:
Step 1 – Contact the fraud department of one of the three major credit bureaus:
Equifax: 1-800-525-6285; www.equifax.com; P.O. Box 740241, Atlanta, GA 30374-0241.
Experian: 1-888-EXPERIAN (397-3742); www.experian.com; P.O. Box 9532, Allen, Texas 75013.
TransUnion: 1-800-680-7289; www.transunion.com; Fraud Victim Assistance Division, P.O. Box 6790, Fullerton, CA 92834-6790.

Step 2 – Close any accounts that have been tampered with or opened fraudulently.

Step 3 – File a police report with your local police or the police in the community where the identity theft took place.

Step 4 – File a complaint with the Federal Trade Commission by using the FTC's Identity Theft Hotline by telephone: 1-877-438-4338, online at www.consumer.gov/idtheft, or by mail at Identity Theft Clearinghouse, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington DC 20580.

6- I know the Department of Veterans Affairs maintains my health records electronically. Was this information also compromised?
No electronic medical records were compromised. The data lost is primarily limited to an individual's name, date of birth, social security number, in some cases their spouse's information, as well as some disability ratings. However, this information could still be of potential use to identity thieves and we recommend that all veterans be extra vigilant in monitoring for signs of potential identity theft or misuse of this information.

7- What is the Department of Veterans Affairs doing to insure that this does not happen again?
The Department of Veterans Affairs is working with the President's Identity Theft Task Force, the Department of Justice and the Federal Trade Commission to investigate this data breach and to develop safeguards against similar incidents. The Department of Veterans Affairs has directed all VA employees complete the "VA Cyber Security Awareness Training Course" and complete the separate "General Employee Privacy Awareness Course" by June 30, 2006. In addition, the Department of Veterans Affairs will immediately be conducting an inventory and review of all current positions requiring access to sensitive VA data and require all employees requiring access to sensitive VA data to undergo an updated National Agency Check and Inquiries (NACI) and/or a Minimum Background Investigation (MBI) depending on the level of access required by the responsibilities associated with their position. Appropriate law enforcement agencies, including the Federal Bureau of Investigation and the Inspector General of the Department of Veterans Affairs, have launched full-scale investigations into this matter.

8- Where can I get further, up-to-date information?
The Department of Veterans Affairs has set up a special website and a toll-free telephone number for veterans which features up-to-date news and information. Please visit www.firstgov.gov or call 1-800-FED-INFO (333-4636).

Related FAQ's

- Does the electronic data theft affect only veterans discharged after 1975?
- What is VA doing about the privacy breach on May 22?
- Compensation & Pension Benefits

**Back to Search Results** 

---

Español | VA Forms | Facilities Locator | Contact the VA | Frequently Asked Questions (FAQs)
Privacy Policy | Web Policies & Important Links | Annual Performance and Accountability Report
Freedom of Information Act | Small Business Contacts | Site Map
FirstGov | White House | USA Freedom Corps

Reviewed/Updated Date: May 10, 2006