AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

Hackett, et al.

V.

**SUMMONS IN A CIVIL CASE**

US Department of Veterans Affairs, et al.

CASE NUMBER: 2:2006cv00114

Eastern District of Kentucky
**FILED**
JUL 14 2006
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

TO: (Name and address of Defendant)

R. James Nicholson, Officially and Individually
Secretary of the US Dep. of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc D. Mezibov
401 East Court Street
Suite 600
Cincinnati, OH 45202

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer                         June 5, 2006
CLERK                                     DATE

Linda Grahame
(By) DEPUTY CLERK

EXHIBIT
9

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 5, 2006 |
| NAME OF SERVER (PRINT) Stacy A. Hinners | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.12 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/06
            Date            Signature of Server

401 East Court Street, Suite 600, Cincinnati, OH 45202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. James Nicholson
Sec. US Dep. VA Affairs
810 Vermont Avenue NW
Washington, DC 20420

JUN 19 2006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X James Wilson
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

DEPT OF VETERANS AFFAIRS
OFFICE OF THE SECRETARY

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 1000 0005 1001 8247

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

Mezibov & Jenkins, Co. LPA
401 E. Court St., Suite 600
Cincinnati, OH 45202