**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _kelly mccarthy_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Kelly mccarthy_  C. Date of Delivery: JUN 06

D. Is delivery address different from item 1? ☐ Yes / ☐ No

1. Article Addressed to:

United States Department of Veterans Affairs
810 Vermont Ave., NW
Washington, DC 20420

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0006 8608 9512

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _James Wilson_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: JUN 9

D. Is delivery address different from item 1? ☐ Yes / ☐ No
DEPT OF VETERANS AFF.
OFFICE OF THE SECRETAR

1. Article Addressed to:

R. James Nicholson
Sec. of Veterans Affairs
810 Vermont Ave., NW
Washington, DC 20420

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0006 8608 9505

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

**WEISS & LURIE**
**THE FRENCH BUILDING**
**551 FIFTH AVENUE**
**SUITE 1600**
**NEW YORK, NY 10176**

M Nastasi

---

UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

EXHIBIT

- Sender: Please print your name, address, and ZIP+4 in this box •

**WEISS & LURIE**
**THE FRENCH BUILDING**
**551 FIFTH AVENUE**
**SUITE 1600**
**NEW YORK, NY 10176**

M Nastasi