**EXHIBIT 23**　　　　　　　　　　PRIVACY ACT CLAIMS AND DEFENSES

| Claim | Where Asserted | Plaintiffs Lack Standing | No Willful or Intentional Violation Alleged | Only Conclusory Facts Asserted | Facts Alleged Fail to State a Claim | No Connection Between Harm and Violation | Non-Pecuniary Plaintiffs Should Be Dismissed | Summary Judgment |
|---|---|---|---|---|---|---|---|---|
| Disclosure: *John Doe's Access* § 552a(b) | *Hackett* ¶ 19 *VVA* ¶ 31 *Rosato* ¶ 16 | ✔ | ✔ | ✔ |  |  | ✔ | ✔ |
| Disclosure: *Removing Files* § 552a(b) | *Hackett* ¶¶ 2, 19 *Rosato* ¶¶ 5, 16 | ✔ | ✔ |  | ✔ |  | ✔ |  |
| Disclosure: *Copying Files* § 552a(b) | *Hackett* ¶¶ 2, 19 *Rosato* ¶¶ 5, 16 | ✔ | ✔ |  | ✔ |  | ✔ |  |
| **Disclosure: *Theft* § 552a(b)** | *Hackett* ¶ 2 *VVA* ¶¶ 20-21 *Rosato* ¶ 5 | ✔ | ✔ |  | ✔ |  | ✔ | ✔ |
| Accounting § 552(c)(1) | *VVA* ¶ 32 *Rosato* ¶ 26 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Maintenance § 552a(e)(1) | *VVA* ¶¶ 3, 33 *Rosato* ¶¶ 3, 27 | ✔ | ✔ | ✔ |  |  | ✔ | ✔ |
| Collection § 552a(e)(2) | *VVA*, ¶ 34 | ✔ | ✔ | ✔ |  | ✔ | ✔ |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Publication § 552a(e)(4) | *VVA* ¶ 35 | ✔ | ✔ | ✔ | | ✔ | ✔ | ✔ |
| Accuracy § 552a(e)(6) | *VVA* ¶ 36 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | |
| Safeguards § 552a(e)(10) | *Hackett* ¶ 3 *VVA* ¶¶ 37 *Rosato* ¶¶ 8, 28 | ✔ | ✔ | | | | ✔ | ✔ |