EXHIBIT

tabbies®

24



SCHEDULE   LEGISLATION   NEWS   HEARINGS   OVERSIGHT   REPORTS   LINKS   CONTACT US   MINORITY OFFICE

# COMMITTEE ON GOVERNMENT REFORM
### Chairman Tom Davis 109th Congress



HEARINGS

Home  |  About Us

Contact: Robert White/Drew Crockett (202) 225-5074

## Leave No Computer System Behind
### *A Review of the 2006 Federal Computer Security Scorecards*

Mar 16, 2006

Opening Statement of Chairman Tom Davis

Good morning and welcome. A quorum being present, the Committee on Government Reform will come to order. Today, the Committee is releasing its federal computer security scorecards and will examine the status of agency compliance with the Federal Information Security Management Act (FISMA).

Information technology and the Internet drive our economy and help the federal government operate with greater efficiency and cost savings. E-commerce, information sharing, and Internet transactions, such as online tax filing, are so commonplace that we take them for granted. Not until an incident such as the potential Blackberry shutdown – which was recently settled – are we reminded of our dependence on IT and how difficult it is for us to function without it.

In the past year or so, we have heard stories about identity theft, security breaches in large commercial databases, and phishing scams such as those identified by the Internal Revenue Service this tax season. We have also seen an increase in education and awareness campaigns for online safety spearheaded by the private and public sectors. But in my experience, when it comes to federal IT policy and information security, it is still difficult to get people – even members of Congress – engaged. For most people this is an abstract, inside-the-Beltway issue. And FISMA is still viewed by some federal agencies as a paperwork exercise. But these are short-sighted observations. As a result of the government's aggressive push to advance e-government, many government information systems hold personal information about citizens and employees, in addition to other types of data. Maintaining the integrity, privacy, and availability of all information in these systems is vital to our national security, continuity of operations, and economy.

Furthermore, in order to successfully fight the war on terror, we must be able to move information to the right people at the right place and time. Information needs to move seamlessly, securely, and efficiently within agencies, across departments, and across jurisdictions of government as well.

Due to the nature of our cyber infrastructure, an attack could originate anywhere at any time. We know that government

### Related Documents

**Opening Statement**

Chairman Davis' Opening Statement

**Press Release**

Federal Computer Security Report Card - 2005

Chart

Federal Computer Security Grades - 2001-2005

Scoring Methodology

How Grades Were Assigned

**Witness Testimony**

Testimony of Mr. Gregory C. Wilshusen, Director, Information Security Issues, U.S. Government Accountability Office

Testimony of the Honorable Karen Evans, Administrator, Electronic Government and Information Technology, Office of Management and Budget

Testimony of Mr. Thomas Wiesner, Deputy Chief Information Officer, U.S. Department of Labor

Testimony of Mr. Thomas P. Hughes, Chief Information

About REFORM

Learn more about our Chairman, Tom Davis:



▷ Biography

Weekly SCHEDULE

This week's full- and subcommittee schedule in PDF format

▷ Schedule

SubCommittees

Learn more about the Committee On Government Reform's seven SubCommittees:

Subcommittee on Criminal Justice, Drug Policy and Human Resources

Subcommittee on Energy and Resources

Subcommittee on Federalism and the Census

Subcommittee on Federal Workforce and Agency Organization

Subcommittee on Government Management, Finance, and Accountability

Subcommittee on National Security, Emerging Threats and International Relations

Subcommittee on Regulatory Affairs

systems are prime targets for hackers, terrorists, hostile foreign governments, and identity thieves. Malicious or unintended security threats come in varied forms: denial of service attacks, malware, worms and viruses, phishing scams, and software weaknesses, to name a few. Any of these threats can compromise our information systems. The results would be costly, disruptive, and erode public trust in government.

One of the best ways to defend against attacks is to have a strong, yet flexible, protection policy in place. We want agencies to actively protect their systems instead of just reacting to the latest threat with patches and other responses. FISMA accomplishes this goal by requiring each agency to create a comprehensive risk-based approach to agency-wide information security management. FISMA strengthens Federal cyber preparedness, evaluation, and reporting requirements. It's intended to make security management an integral part of an agency's operations, and to ensure that we are actively using best practices to secure our systems and prevent devastating damage.

> Officer, U.S. Social Security Administration
>
> Testimony of Mr. Robert F. Lentz, Director, Information Assurance, Office of the Assistant Secretary for Networks and Integration, U.S. Department of Defense
>
> Testimony of Mr. Scott Charbo, Chief Information Officer, U.S. Department of Homeland Security

The Committee, with technical assistance from GAO, releases annual scorecards based on the FISMA reports submitted to us by agency Chief Information Officers and Inspectors General. This year, the federal government as a whole hardly improved, receiving a D+ yet again. Our analysis reveals that the scores for the Departments of Defense, Homeland Security, Justice, State – the agencies on the front line in the war on terror - remained unacceptably low or dropped precipitously. Meanwhile, several agencies improved their information security or maintained a consistently high level of security from previous years.

The 2005 FISMA grades indicate that agencies have made improvements in developing configuration management plans, employee security training, developing and maintaining an inventory, certifying and accrediting systems, and annual testing. Despite these advances, there are still some areas of concern to the Committee, including implementation of configuration management policies, specialized security training for employees with significant security responsibilities, inconsistent incident reporting, inconsistencies in contingency plan testing, annual testing of security controls, and agency responsibility for contractor systems.

At today's hearing, we will evaluate the results of the agencies' 2005 FISMA reports, identify strengths and weaknesses in government information security, and learn whether FISMA provisions and the OMB guidance are sufficient to help secure government information systems. Witnesses from GAO and OMB will help us understand what obstacles impede the government's ability to comply with FISMA. DOD and DHS witnesses will discuss the challenges they face in their departments and their plans to improve FISMA compliance. We will also hear about best practices and lessons learned from the Social Security Administration and Department of Labor, two agencies that have demonstrated consistent improvements in their information security since the scorecard process was initiated in 2001.

If FISMA was the No Child Left Behind Act, a lot of critical agencies would be on the list of "low performers." None of us would accept D+ grades on our children's report cards. We can't accept these either.

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

# MPUTER SECURITY REPORT CARD

March 16, 2006

## GOVERNMENTWIDE GRADE 2005: D+

| | 2005 | 2004 | | 2005 | 2004 |
|---|---|---|---|---|---|
| AGENCY FOR INTERNATIONAL DEVELOPMENT | A+ | A+ | DEPARTMENT OF COMMERCE | D+ | F |
| DEPARTMENT OF LABOR | A+ | B- | DEPARTMENT OF JUSTICE | D | B- |
| SOCIAL SECURITY ADMINISTRATION | A+ | B | NUCLEAR REGULATORY COMMISSION | D- | B+ |
| OFFICE OF PERSONNEL MANAGEMENT | A+ | C- | DEPARTMENT OF TREASURY | D- | D+ |
| ENVIRONMENTAL PROTECTION AGENCY | A+ | B | DEPARTMENT OF ENERGY | F | F |
| NATIONAL SCIENCE FOUNDATION | A | C+ | DEPARTMENT OF VETERANS AFFAIRS | F | F |
| GENERAL SERVICES ADMINISTRATION | A- | C+ | DEPARTMENT OF HEALTH AND HUMAN SERVICES | F | F |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION | B- | D- | DEPARTMENT OF THE INTERIOR | F | C+ |
| SMALL BUSINESS ADMINISTRATION | C+ | D- | DEPARTMENT OF DEFENSE | F | D |
| DEPARTMENT OF TRANSPORTATION | C- | A- | DEPARTMENT OF STATE | F | D+ |
| DEPARTMENT OF EDUCATION | C- | C | DEPARTMENT OF HOMELAND SECURITY | F | F |
| HOUSING AND URBAN DEVELOPMENT | D+ | F | DEPARTMENT OF AGRICULTURE | F | F |

Prepared by the Government Reform Committee, chaired by Tom Davis, based on reports required by the Federal Information Security Management Act of 2002.

PDF Complete
Click Here & Upgrade
Expanded Features
Unlimited Pages

Distribution of Federal Grades
2005-2004
9
8
7
6
5
4
3
2
1
0
A
B
C
D
F
Grades
2005
2004

# SIXTH

# REPORT CARD

On

# COMPUTER SECURITY

At

## Federal Departments and Agencies

# Overall Grade: D+

## MARCH 16, 2006

PDF Complete

Click Here & Upgrade
Expanded Features
Unlimited Pages

# Federal Computer Security Grades
## 2001-2005

| Agency | 2005 Score | 2005 Grade | 2004 Score | 2004 Grade | 2003 Score | 2003 Grade | 2002 Score | 2002 Grade | 2001 Score | 2001 Grade |
|---|---|---|---|---|---|---|---|---|---|---|
| Agriculture | 24 | F | 49.5 | F | 40 | F | 36 | F | 31 | F |
| AID | 100 | A+ | 99 | A+ | 70.5 | C- | 52 | F | 22 | F |
| Commerce | 67 | D+ | 56.5 | F | 72.5 | C- | 68 | D+ | 51 | F |
| DOD** | 38.75 | F | 65 | D | 65.5 | D | 38 | F | 40 | F |
| Education | 71 | C- | 76.5 | C | 77 | C+ | 66 | D | 33 | F |
| Energy | 46.75 | F | 48.5 | F | 59.5 | F | 41 | F | 51 | F |
| EPA | 97.5 | A+ | 84 | B | 74.5 | C | 63 | D- | 69 | D+ |
| GSA | 92.5 | A- | 79.5 | C+ | 65 | D | 64 | D | 66 | D |
| HHS | 45.5 | F | 49.5 | F | 54 | F | 61 | D- | 43 | F |
| DHS | 33.5 | F | 20.5 | F | 34 | F | -- | -- | -- | -- |
| HUD | 67.5 | D+ | 28 | F | 40 | F | 48 | F | 66 | D |
| Interior | 41.5 | F | 77 | C+ | 43 | F | 37 | F | 48 | F |
| Justice | 66.5 | D | 82.5 | B- | 55.5 | F | 56 | F | 50 | F |
| Labor | 99 | A+ | 83 | B- | 86.5 | B | 79 | C+ | 56 | F |
| NASA | 80 | B- | 60 | D- | 60.5 | D- | 68 | D+ | 70 | C- |
| NRC | 60.5 | D- | 88 | B+ | 94.5 | A | 74 | C | 34 | F |
| NSF | 95 | A | 77.5 | C+ | 90.5 | A- | 63 | D- | 87 | B+ |
| OPM | 98 | A+ | 72.5 | C- | 61.5 | D- | 52 | F | 39 | F |
| SBA | 78 | C+ | 60 | D- | 71 | C- | 48 | F | 48 | F |
| SSA | 99 | A+ | 86 | B | 88 | B+ | 82 | B- | 79 | C+ |
| State | 37.5 | F | 69.5 | D+ | 39.5 | F | 54 | F | 69 | D+ |
| Transportation | 71.5 | C- | 91.5 | A- | 69 | D+ | 28 | F | 48 | F |
| Treasury** | 60.5 | D- | 68 | D+ | 64 | D | 48 | F | 54 | F |
| VA** | 46 | F | 50 | F | 76.5 | C | 50 | F | 44 | F |
| Government-wide Average | 67.4 | D+ | 67.3 | D+ | 65 | D | 55 | F | 53 | F |

**The Inspector General for these agencies did not provide independent evaluations of their agencies' FISMA reports for FY03. Therefore these scores are based on self-reported numbers submitted by these agencies.

PDF Complete
Click Here & Upgrade
Expanded Features
Unlimited Pages

| FISMA | | Reviewed by: | | | |
|---|---|---|---|---|---|
| 2005 Scoring Methodology | | Reviewed o | **AGENCY NAME** | | |
| Report Grading Element | FY05 Possible Points | Agency/ Report | CIO Scoring | IG Scoring | Final Scoring |
| Total possible points: | 100 | | 0 | 0 | 0 |
| **A. Annual Testing** | 20 | | 0 | 0 | 0 |
| 1  The percentage of the agency's systems reviewed, including | 20 | | 0 | 0 | 0 |
| The percentage of agency systems reviewed in FY05 was: | 10 | | 0 | 0 | 0 |
| HIGH Impact Systems | 6 | | 0 | 0 | 0 |
| a  Between 90 and 100% | 6 | | | | |
| b  Between 75 and 89% | 4 | | | | |
| c  Between 60 and 74% | 2 | | | | |
| d  Between 45 and 59% | 0.5 | | | | |
| e  44% and less | 0 | | | | |
| Moderate Impact Systems | 3 | | 0 | 0 | 0 |
| i) a  Between 90 and 100% | 3 | | | | |
| b  Between 75 and 89% | 2 | | | | |
| c  Between 60 and 74% | 1 | | | | |
| d  Between 45 and 59% | 0.5 | | | | |
| e  44% and less | 0 | | | | |
| Low Impact Systems | 1 | | 0 | 0 | 0 |
| a  Between 96 and 100% | 1 | | | | |
| b  Between 51and 95% | 0.5 | | | | |
| c  50% and less | 0 | | | | |
| The percentage of contractor operations or facilities reviewed | 10 | | 0 | 0 | 0 |
| HIGH Impact Systems | 6 | | 0 | 0 | 0 |
| a  Between 90 and 100% | 6 | | | | |
| b  Between 75 and 89% | 4 | | | | |
| c  Between 60 and 74% | 2 | | | | |
| d  Between 45 and 59% | 0.5 | | | | |
| e  44% and less | 0 | | | | |
| Moderate Impact Systems | 3 | | 0 | 0 | 0 |
| ii) a  Between 90 and 100% | 3 | | | | |
| b  Between 75 and 89% | 2 | | | | |
| c  Between 60 and 74% | 1 | | | | |
| d  Between 45 and 59% | 0.5 | | | | |
| e  44% and less | 0 | | | | |
| Low Impact Systems | 1 | | 0 | 0 | 0 |
| a  Between 96 and 100% | 1 | | | | |
| b  Between 51and 95% | 0.5 | | | | |
| c  50% and less | 0 | | | | |
| The agency performs oversight and evaluation to ensure | 0 | | FALSE | FALSE | FALSE |
| OIG Evaluation | | | | | |
| iii) a  Between 96 and 100% (no points deducted from A1) | 0% | | | | |
| b  Between 51and 95% (50% of points deducted) | -50% | | | | |
| c  50% and less (100% of points deducted) | -100% | | | | |
| **B. Plan of Action and Milestones (POA&M)** | 15 | | 0 | 0 | 0 |
| 2  Has the agency developed, implemented, and managing an | 15 | | 0 | 0 | 0 |
| The POA&M is an agency wide process,  incorporating all | 3 | | 0 | 0 | 0 |
| i) a  Between 96 and 100% | 3 | | | | |
| b  Between 81and 95% | 2 | | | | |
| c  Between 71 and 80% | 1 | | | | |
| d  Between 51and 70% | 0.5 | | | | |
| e  50% and less | 0 | | | | |
| When an IT security weakness is identified, program officials | 4 | | 0 | 0 | 0 |
| ii) a  Between 96 and 100% | 4 | | | | |
| b  Between 81and 95% | 2 | | | | |
| c  Between 71 and 80% | 1 | | | | |
| d  Between 51and 70% | 0.5 | | | | |
| e  50% and less | 0 | | | | |
| Program officials, including contractors, report to the CIO on a | 1 | | 0 | 0 | 0 |
| iii) a  Between 96 and 100% | 1 | | | | |
| b  Between 51and 95% | 0.5 | | | | |
| c  50% and less | 0 | | | | |
| CIO centrally tracks, maintains, and reviews POA&M activities | 2 | | 0 | 0 | 0 |
| iv) a  Between 96 and 100% | 2 | | | | |
| b  Between 81and 95% | 1.5 | | | | |
| c  Between 71 and 80% | 1 | | | | |
| d  Between 51and 70% | 0.5 | | | | |
| e  50% and less | 0 | | | | |
| OIG findings are incorporated into the POA&M process. | 2 | | 0 | 0 | 0 |
| v) a  Between 96 and 100% | 2 | | | | |
| b  Between 51and 95% | 1 | | | | |

*(vertical row labels: A. Annual Testing; B. Plan of Action and Milestones (POA&M))*

PDF Complete
Click Here & Upgrade
Expanded Features
Unlimited Pages

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | c | 50% and less | 0 | | | |
| | | | POA&M process prioritizes IT security weaknesses to help | 3 | 0 | 0 | 0 |
| | vi) | a | Between 96 and 100% | 3 | | | |
| | | b | Between 81and 95% | 2 | | | |
| | | c | Between 71 and 80% | 1 | | | |
| | | d | Between 51and 70% | 0.5 | | | |
| | | e | 50% and less | 0 | | | |
| **C. Certification and Accreditation (C&A)** | | | | **20** | **0** | **0** | **0** |
| 3 | | | The percentage of systems that have been certified and | 12 | 0 | 0 | 0 |
| | | | **HIGH Impact Systems** | 6 | 0 | 0 | 0 |
| | | a | Between 90 and 100% | 6 | | | |
| | | b | Between 75 and 89% | 4 | | | |
| | | c | Between 60 and 74% | 3 | | | |
| | | d | Between 45 and 59% | 1 | | | |
| | | e | 44% and less | 0 | | | |
| | | | **Moderate Impact Systems** | 4 | 0 | 0 | 0 |
| | | a | Between 90 and 100% | 4 | | | |
| | i) | b | Between 75 and 89% | 2 | | | |
| | | c | Between 60 and 74% | 1 | | | |
| | | d | Between 45 and 59% | 0.5 | | | |
| | | e | 44% and less | 0 | | | |
| | | | **Low Impact Systems** | 2 | 0 | 0 | 0 |
| | | a | Between 90 and 100% | 2 | | | |
| | | b | Between 75 and 89% | 1.5 | | | |
| | | c | Between 60 and 74% | 1 | | | |
| | | d | Between 45 and 59% | 0.5 | | | |
| | | e | 44% and less | 0 | | | |
| | | | The percentage of systems whose security controls have been | 4 | 0 | 0 | 0 |
| | | | **HIGH Impact Systems** | 2 | 0 | 0 | 0 |
| | | a | Between 90 and 100% | 2 | | | |
| | | b | Between 75 and 89% | 1.5 | | | |
| | | c | Between 60 and 74% | 1 | | | |
| | | d | Between 45 and 59% | 0.5 | | | |
| | ii) | e | 44% and less | 0 | | | |
| | | | **Moderate Impact Systems** | 1.5 | 0 | 0 | 0 |
| | | a | Between 96 and 100% | 1.5 | | | |
| | | b | Between 51and 95% | 0.5 | | | |
| | | c | 50% and less | 0 | | | |
| | | | **Low Impact Systems** | 0.5 | 0 | 0 | 0 |
| | | a | Between 96 and 100% | 0.5 | | | |
| | | b | 95% and less | 0 | | | |
| | | | The percentage of systems that have a contingency plan that | 4 | 0 | 0 | 0 |
| | | | **HIGH Impact Systems** | 2 | 0 | 0 | 0 |
| | | a | Between 90 and 100% | 2 | | | |
| | | b | Between 75 and 89% | 1.5 | | | |
| | | c | Between 60 and 74% | 1 | | | |
| | | d | Between 45 and 59% | 0.5 | | | |
| | iii) | e | 44% and less | 0 | | | |
| | | | **Moderate Impact Systems** | 1.5 | 0 | 0 | 0 |
| | | a | Between 96 and 100% | 1.5 | | | |
| | | b | Between 51and 95% | 0.5 | | | |
| | | c | 50% and less | 0 | | | |
| | | | **Low Impact Systems** | 0.5 | 0 | 0 | 0 |
| | | a | Between 51and 100% | 0.5 | | | |
| | | b | 50% and less | 0 | | | |
| | | | OIG Assessment of the Certification and Accreditation Process | 0 | FALSE | FALSE | FALSE |
| | | | OIG C&A Evaluation | | | | |
| | iv) | a | Excellent, Good, Satisfactory (No Deduction from C&A score in question 6i ) | 0% | | | |
| | | b | Poor (-1/2 of C&A points awarded in question 6i ) | -50% | | | |
| | | c | Failing ( -100% of C&A Points awarded in question 6i ) | 10% | | | |
| **D. Configuration Management** | | | | **20** | **0** | **0** | **0** |
| 4 | | | Is there an agency wide security configuration policy? | 20 | 0 | 0 | 0 |
| | | a | Yes | 20 | | | |
| | | b | No (Go to Section E, Question 7.i) | 0 | | | |
| | | | Questions 1 through 11 only apply, if the agency has addressed the | | | | |
| | | | **1. Windows XP Professional** | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | **2. Windows NT** | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |

(Vertical label along center: **C. Certification and Accreditation (C&A)**)

PDF Complete
Click Here & Upgrade
Expanded Features
Unlimited Pages

| | | | | Value | | | |
|---|---|---|---|---|---|---|---|
| | | c | 70% and less or (No) | -1 | | | |
| | | | 3. Windows 2000 Professional | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | 4. Windows 2000 Server | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | 5. Windows 2003 Server | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | i) | | 6. Solaris | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | 7. HP-UX | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | 8. Linux | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | 9. Cisco Router IOS | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | 10. Oracle | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | 11. Other. Specify: | 0 | 0 | 0 | 0 |
| | | a | Between 81 and 100% or (N/A) | 0 | | | |
| | | b | Between 71 and 80% | -0.5 | | | |
| | | c | 70% and less or (No) | -1 | | | |
| | | | Has the agency documented in its security policies special procedures for using emerging technologies (including but | | 0 | 0 | 0 |
| | ii) | a | Yes (No deductions) | 0 | | | |
| | | b | No (Loss of 4 points) | -4 | | | |
| **E. Incident Detection and Response** | | | | **15** | **0** | **0** | **0** |
| 5 | | | The agency follows documented policies and procedures for | 7 | 0 | 0 | 0 |
| | i) | a | Yes | 7 | | | |
| | | b | No | 0 | | | |
| | | | The agency follows documented policies and procedures for external reporting to law enforcement authorities | 4 | 0 | 0 | 0 |
| | ii) | a | Yes | 4 | | | |
| | | b | No | 0 | | | |
| | | | The agency follows defined procedures for reporting to the United States Computer Emergency Readiness Team (US- | 4 | 0 | 0 | 0 |
| | iii) | a | Yes | 4 | | | |
| | | b | No | 0 | | | |
| | | | | | | | |
| **F. Training** | | | | **10** | **0** | **0** | **0** |
| 8 | | | Has the agency ensured security training and awareness of all employees, including contractors and those employees with | 10 | 0 | 0 | 0 |
| | | | The percentage of agency employees (including contractors) | 4 | 0 | 0 | 0 |
| | | a | Between 90 and 100% | 4 | | | |
| | i) | b | Between 75 and 89% | 3 | | | |
| | | c | Between 60 and 74% | 2 | | | |
| | | d | Between 45 and 59% | 1 | | | |
| | | e | 44% and less | 0 | | | |
| | | | The percentage of employees with significant security | 4 | 0 | 0 | 0 |
| | | a | Between 90 and 100% | 4 | | | |
| | ii) | b | Between 75 and 89% | 3 | | | |
| | | c | Between 60 and 74% | 2 | | | |
| | | d | Between 45 and 59% | 1 | | | |
| | | e | 44% and less | 0 | | | |

D. Configuration Management

E. Incident Detection and Response

F. Training



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | The agency provided the total training costs for FY05. | 1 | | | 0 | 0 | 0 | |
| iii) | a | Yes | 1 | | | | | | |
| | b | No | 0 | | | | | | |
| | | The agency explains policies regarding peer-to-peer file sharing in IT security awareness training, ethics training or | 1 | | | 0 | 0 | 0 | |
| iv) | a | Yes | 1 | | | | | | |
| | b | No | 0 | | | | | | |
| **G. Inventory (No deductions or -10 maximum)** | | | **0** | | | **0** | **0** | **0** | |
| 9 | | What progress has the agency made to develop an inventory of | 0 | | | 0 | 0 | 0 | |
| | | The agency has developed an inventory of major information | 0 | | | 0 | 0 | 0 | |
| i) | a | Between 96 and 100% | 0 | | | | | | |
| | b | 95% and less (Or the agency has no inventory) | -10 | | | | | | |
| | | The OIG generally agrees with the CIO on the number of | 0 | | | 0 | 0 | 0 | |
| ii) | a | Between 96 and 100% | 0 | | | | | | |
| | b | 95% and less | -10 | | | | | | |
| | | The OIG generally agrees with the CIO on the number of | 0 | | | 0 | 0 | 0 | |
| iii) | a | Between 96 and 100% | 0 | | | | | | |
| | b | 95% and less | -10 | | | | | | |
| | | Possible extra credit questions | | | | | | | |
| 2 | | Does the agency have a plan in place to fully implement the | 0 | | | 0 | 0 | 0 | |
| | a | Yes | | | | | | | |
| | b | No | | | | | | | |
| 3 | | Has the agency begun to implement the security controls | 0 | | | 0 | 0 | 0 | |
| | a | Yes | | | | | | | |
| | b | No | | | | | | | |

G. Inventory (No deductions or -10 maximum)

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF
Complete

## How Grades Were Assigned

The Committee's computer security grades are based on information contained in agencies' and Inspectors General's (IGs) Federal Information Security Management Act (FISMA) reports to the Office of Management and Budget (OMB) for fiscal year 2005.

On December 17, 2002, the President signed into law the Electronic Government Act. Title III of that Act is the FISMA. FISMA lays out the framework for annual IT security reviews, reporting and remediation planning at federal agencies. FISMA requires that agency heads and IGs evaluate their agencies' computer security programs and report the results of those evaluations to OMB in September of each year along with their budget submissions. FISMA also requires that agency heads report the results of those evaluations annually to the Congress and the Government Accountability Office.

OMB's 2005 reporting guidance instructed the agencies and IGs to submit reports summarizing the results of annual IT security reviews of systems and programs, agency progress on correcting identified weaknesses, and the results of other work performed during the reporting period. Agencies and IGs were required to use OMB's performance measures in assessing and reporting the status of their agencies' security programs. In addition, agencies were permitted to include additional performance measures they had developed.

### Assignment of Grades

In assigning grades, the Committee followed the methodology developed for the fiscal year 2004 FISMA grades, with the exception of adjustments required by changes in OMB's FISMA reporting instructions (see below). This approach ensures consistency in the methodology used to assign grades and serves to highlight progress made by an agency if this year's grade indicates improvement.

The weighted scores are based on OMB's performance metrics, with a perfect score totaling 100 points. OMB provided a range of responses for most questions. The number of points assigned to each response is proportional to the extent the element has been implemented. For example, agencies received zero (0) points for a response indicating a percentage that falls below an acceptable threshold (for example: 50% or less of known IT security weaknesses being incorporated in the Plan of Action and Milestones). Proportionally, more points were given for answers that ranged between 51 and 70%, 81 and 95%, etc. The full weighted value was awarded for answers that ranged between 96 and 100%.

For more specific weighting of questions see the scoring methodology.

Click here to upgrade
Expanded Features
Unlimited Pages
PDF
Complete

The Committee tallied the scores for the 24 agencies on the basis of its analysis of agency and IG responses. The final numerical score is the basis for the agency's letter grade. Letter grades for the 24 major departments and agencies were assigned as follows:

| | | |
|---|---|---|
| 90 to 93 = A- | 94 to 96 = A | 97 to 100 = A+ |
| 80 to 83 = B- | 84 to 86 = B | 87 to 89  = B+ |
| 70 to 73 = C- | 74 to 76 = C | 77 to 79  = C+ |
| 60 to 63 = D- | 64 to 66 = D | 67 to 69  = D+ |
| 59 and lower = F | | |

Major Changes to the Weighting of Grades

Changes in OMB's FISMA reporting instructions from FY04 to FY05 required the Committee to make several adjustments to the scoring methodology that was used to determine the FISMA grades. The major changes are listed below.

To facilitate future consistency, the Committee continued using the following major categories: Annual Testing, Plan of Action and Milestones, Certification and Accreditation, Configuration Management, Incident Detection and Response, Training and Systems Inventory. Changes for each area are listed below.

Annual Testing – Removed questions regarding the CIO and NIST self-assessment that are not included in OMB's FY05 FISMA reporting guidance. Expanded questions regarding the review of agency and contractor systems, to include impact levels. Added question regarding IGs' evaluation of the agency's oversight. If an IG indicates a range of 96 to 100%, no points are taken; if between 51 and 95 % the agency loses half of its annual testing points; if 50% or less, the agency loses all annual testing points.

Plan of Action and Milestones – Removed agency-related POA&M question since it is not in FY05 FISMA reporting guidance. All POA&M questions for FY05 FISMA reporting were directed to the IG.

Certification and Accreditation – Removed question relating to security controls being integrated into the life cycle, as this issue is no longer a reporting requirement.  Expanded questions to include impact levels—high, moderate, low.

Configuration Management – Removed the question regarding the patching of security vulnerabilities and added a question regarding emerging technologies.

Incident Response and Detection – Removed the question regarding systems undergoing vulnerability scans and penetration tests.

Training – No changes made.

PDF Complete

Click Here & Upgrade
Expanded Features
Unlimited Pages

Inventory – Removed agency-related inventory question and added two new IG questions for a total of three questions. The IG must rate the agency at 96% to 100% for all three questions or a full letter grade will be deducted from the final score.

Improvements still Needed

Although many agencies reported improvements in their implementation of FISMA, such as certifying and accrediting a higher percentage of their systems and maintaining an inventory, much work is still needed to ensure federal information systems are secure. Areas of continued weaknesses include:

- Annual Testing
  a. Some agencies reported large numbers of their systems as uncategorized. These agencies coincidentally all scored in the F range.
  b. While many agencies show improvements over last year in testing their contingency plans, several report testing under 60% of contingency plans for high-impact systems.
- Configuration Management
  Many agencies have begun to develop or have these policies; however, several agencies continue to have a low level of implementation.
- Incident Reporting
  Agencies continued to show inconsistencies in reporting incidents. Some agencies reported few or no incidents. Several reported less than half of all incidents to USCERT.
- Training
  Most agencies have ensured that their employees have received security training and awareness; however, agencies are less successful in ensuring that those with significant security responsibilities receive specialized training.
- Inventory
  Many agencies have not developed an inventory of major IT systems.
- Overall
  Four of the largest agencies have failing scores: Treasury, DOD, DHS, USDA.