**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civ. No. 1:06-CV-01038(JR) |
| R. James NICHOLSON, *et al.*, ) ) | |
| Defendants. ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(b), Plaintiffs hereby move for an extension of time until January 31, 2007, to respond to "Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment" filed on November 20, 2006. The reasons for this extension of time are: (1) Defendants' submittal exceeded 400 pages and raised numerous, technical legal issues fairly requiring response; (2) the holiday season makes it difficult for counsel to obtain necessary information and affidavits from named plaintiffs and others; and (3) sufficient time is required to confer with counsel in the two other associated cases to coordinate submittals as much as possible to avoid unduly burdening the Court. This Court previously granted Defendants' a lengthy extension of time to file its responsive pleading.

Defendants' counsel has indicated that Defendants do not oppose this motion.

A proposed order is attached hereto for the Court's consideration.

Wherefore, Plaintiffs respectfully request that the instant motion be GRANTED.

    Respectfully submitted,

    _____/s/_____
    L. Gray Geddie (D.C. Bar No. 421357)
    Douglas J. Rosinski (D.C. Bar No. 461275)
    Ogletree, Deakins, Nash,
      Smoak & Stewart, P.C.
    1320 Main St.
    Columbia, SC 29201-3266
    Attorneys for Plaintiffs

Dated: November 30, 2006