UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 1:06-CV-01038(JR) |
| R. James NICHOLSON, *et al.*, | ) ) ) |
| Defendants. | ) ) |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion to Extend the Time to Respond to Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment, and good cause having been shown, it is hereby

ORDERED that Plaintiffs' Motion is Granted; and it is further

ORDERED that Plaintiffs' Response to Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment, is due no later than January 31, 2007.

SO ORDERED.

Dated:_____.                    _____
                                          JAMES ROBERTSON
                                          United States District Judge