# LIST OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | Department of Veterans Affairs, Office of Inspector General, *Review of Issues Related to the Loss of VA Information Involving the Identity of Millions of Veterans* (July 11, 2006) |
| B | Memorandum of Interview, Management Analyst, VA Office of Policy, Planning, and Preparedness (June 20, 2006) |
| C | Transcript of Sworn Testimony of Pedro Cadenas, Jr., Associate Deputy Assistant Secretary for Cyber and Information Security and Acting Deputy Chief Information Officer (June 6, 2006) |
| D | Transcript of Sworn Testimony of Unidentified VA Information Security Specialist (June 7, 2006) |
| E | Transcript of House Veterans' Affairs Committee Hearing on VA Data Security Breach (June 29, 2006) |
| F | Transcript of Sworn Testimony of R. James Nicholson Before the House Committee on Veterans' Affairs (May 25, 2006) |
| G | http://www.firstgov.gov/veteransinfo.shmtl, "Latest Information on Veterans Affairs Data Security," (May 26, 2006) |
| H | Affidavit of Charles L. Clark (Dec. 27, 2006) |
| I | Affidavit of David Cline (Dec. 14, 2006) |
| J | Affidavit of James E. Malone (Dec. 14, 2006) |
| K | Affidavit of John Rowan (Dec. 13, 2006) |
| L | Letter from R. James Nicholson (May 2006) |