# MEMORANDUM OF INTERVIEW

DATE: June 20, 2006

SUBJECT OF
INTERVIEW: ███████ Management Analyst, Department of Veterans Affairs, Office of Policy, Planning, and Preparedness (OPP&P)

BY: ███████

On the listed date, I telephoned ███████ n reference the VA Forms 2280 (Position Sensitivity Level Designation) she signed as the position sensitivity designator for employees in OPP&P dating back to 2004. ███████ dvised that she is a GS-14 management analyst responsible for human resources and budget liaison within the office. Although no official delegation of signature authority was ever issued ███████ advised that Mr. Duffy gave her verbal authorization to designate position sensitivity levels in the office and sign his name.

In her capacity as the office human resources liaison, ███████ ated that she was never involved in any office discussion about the need to re-evaluate the risk factors or raise the sensitivity level designation for the data analysts in OPP&P. ███████ o advised that she was not aware of any "list" maintained by OPP&P to track the status of background checks conducted for employees in the office.

b6 b7C