DEPARTMENT OF VETERANS AFFAIRS

OFFICE OF INSPECTOR GENERAL

WASHINGTON, D.C.

Administrative Investigation: Lost Data

CONDUCTED BY

Office of Inspector General

SWORN TESTIMONY OF

PEDRO CADENAS, JR., ADAS, Cyber and Information Security, and Acting Deputy Chief Information Officer

Tuesday, June 6, 2006

[TRANSCRIPT PREPARED FROM AN AUDIOTAPE RECORDING.]

MALLOY TRANSCRIPTION SERVICE

(202) 362-6622

Page 2

PROCEEDINGS

Is your name pronounced "Cardenas"?

MR. CADENAS: No. There is no "r" in my last name. It is Petro Cadenas --

Cadenas.

MR. CADENAS: -- Jr., C-a-d-e-n-a-s, and I am the ADAS for Cyber and Information Security, Department of Veterans Affairs, and also acting deputy CIO.

Today is June 6th, 2006. It is now 8:00 a.m. My name is Administrative Investigator.

: And I'm Office of Investigations.

And we are speaking with Mr. Cadenas.

Mr. Cadenas, I want to remind you that you are still under oath. You were previously sworn in.

Whereupon,

PETRO CADENAS

was recalled as a witness and, after having been previously duly sworn, was examined and testified further as follows:

EXAMINATION

Q And the reason that I wanted to speak to you today is to obtain some additional follow-up information.

One of the things I wanted to find out is what is the role of an ISO in the various different offices.

A Well, prior to the reorganization -- and ISO stands for Information Security Officer -- is to be the -- we have Echelon III ISO's which we categorize down at the facility hospital level. Then we have Echelon II ISO's. They work directly for Office of Cyber and Information Security, OCIS, and those individuals, we have deployed throughout the country, about 22 to 23 of them at a given time, and they act as, if you will, the first interface or the last interface for the communities out there.

They came to the VA, to OCIS, about 2-1/2 years ago during the first reorganization or attempted reorganization where these individuals were formerly VISN ISO's and they came to us. That's just a quick structure.

Now let me answer your question. I apologize.

Q In the incident we are speaking about, the missing VA data --

A Right.

Page

Q -- the employee that had that data worked for the Office of --

A Policy, Planning --

Q -- Policy, Planning --

A -- and Preparedness.

Q -- and Preparedness. And the ISO for that office is

A That is correct.

Q Does work for your office as an ISO?

A No. From what I understand, since this incident, he has been reassigned to the Office of Information and Technology, and he works for ow on the third floor.

You have to --

Q Let me go back. When this incident occurred, where was he working? Who was he assigned to?

A P3, if you will.

Q What does that stand for? I'm --

A Policy --



b6 b7c
180

Q Office of Policy and Planning.

A Yeah.

[redacted]

Q Got you.

A And Preparedness. And you have to understand, while we're going through this reorg, there is a formula that was constructed to see who came over, who didn't, and real quick in a nutshell, the formula was if you were 2210, 100 percent applied as an ISO, you came to OCIS. 2210, 50 percent applied, it was negotiable. If you were a non-2210, but you performed ISO duties, that is something that would be negotiated to see if the ISO wanted to continue in this career path.

Q Let's back up then. Who did [redacted] rk for?

A P3.

Q P3. He worked for them directly, this P --

A That is correct.

Q No connection to you guys?

A No. No. Because he is a combination ISO, we later found out the privacy officer, and the jack of all trades for IT.

[redacted]

Q For IT.

A So --

[redacted]

Q The network administrator.

A Right. It is not uncommon for ISO duties to be assigned as other duties as assigned, as well as the privacy officer.

Q Is that common, the privacy officer in the ISO?

A No. We scanned that because we -- to the best you can, you got to keep those separate. So that way, there's on conflict of interest, and to our surprise, when my team was telling them, you need to contact the privacy officer, we found out later, in fact, he was the privacy officer, and we were just going nuts over that, and that's why my --

Q Who makes that assignment? Who designated --

A His supervisor.

Q Over there, they designated him?

A Right, which we have no say. These are their local assets, not ours.

Now, since the reorganization --

Q You keep calling it reorganization. What do you mean? Like there is a current one going on or --

A Yes.

Q Dated when? Just after this incident? Is that what you mean?

A Before this. It's an ongoing process, about 18 to 24 months.

Q So it started 2 years ago?

A No. It just started a couple of months ago.

Q A couple of months ago.

A Right. Not that there is a good time, but this is even worse timing, based on your question.

But just 2 weeks ago or a week ago, I later learned that he was reassigned to Office of Information and Technology --

[redacted]

Q Technology.

A -- under [redacted].

Q As an ISO, in looking in that aspect of someone's responsibilities, who is responsible for creating and issuing the rules of behavior?

A That is something that is ongoing, but it is the ISO's responsibility based off the training, the online training, infosec conferences, et cetera, that they -- when

you say creating, it is to express the rules of behavior. Example, don't write down your passwords. Be cognizant ( who is around if you're talking about sensitive information. It is the ISO's responsibility to ensure that that information is disseminated along with the yearly training that all VA personnel should go under.

Q And then who maintains that rules of behavior? Is it maintained by the employee, or is it maintained by the ISO?

A Well, the employee has to operate -- they should conduct themselves -- if you are talking about documentatic --

Q Because I know it's about a 6- or 8-paged document, the ones I've seen --

A Right.

Q -- with all the various rules of behavior --

A Right.

Q -- and the employee signs something showing they've read it.

A Right. And understood it.

Q And understood it.

A Right.

b6 b7c
181

Page 9

Q And then who maintains that, that signature page or that --

A From what I know, it's the local assets, the ISO. It's almost like a -- if you will, like an elevator permit. If you want to go see the certificate, you've got to go to the building facility. It should be the ISO because -- not the individual that maintains the certificate.

[redacted]

Q Well, you have a copy of it, I'm sure.

A Right.

Q You probably should have a copy of it.

A Right. Now, what I am expressing is my opinion, not actual procedure that I'm aware of.

[redacted]

Q Well, in the --

[redacted]

Q Is there policy -- I'm sorry. Is there policy about that? I mean, who -- I mean, are they giving some guidance to the ISOs about where this is supposed to be filed or kept or --

A To be honest with you, that I would have to check.

[redacted]

Page 10

Q But in your experience as someone who has the role as an ISO, it would be --

A ISO --

Q -- standard practice would be -- it would be their responsibility?

A Right. The ISO is the one that keeps paper on everybody within their facility, VPN, VPN authorization, if there has been any incident. I mean, the ISO needs to keep a file for audit purposes.

If the question is asked -- and I am speaking of DOD experience, which tends to be a little more -- I don't want to say hard core -- both much more granular than my experience here at the VA.

[redacted]

Q Originally.

A Yes. The ISO can be the one-stop shopping that you go to when you say, okay, let me see has this organization, regardless of the size, conducted their training. It's part of the ISO's due diligence that they have to do to ensure that, hey, have you taken your training, you know, do you have a punch list of employees, yes, yes, no, okay, when are you going to take it.

Page 11

And one of the things that we tried to get here is that it's a performance measure, the last couple of years, and it's just --

[redacted]

Q And who sees to it that the ISO receives the appropriate training, their roles and responsibilities?

A It's not only their immediate supervisors, but what we do from an OCIS point of view is we provide training to the Echelon II's who disseminate that information on down.

As I said earlier, the Echelon II's tend to be -- are liaisons out there to the community. So an Echelon II may be within a given VISN or region, and they know the set of ISOs that fall under their area of responsibility. So whenever guidance, policy, procedure, et cetera, comes out, then they automatically should be, because it's their concept of operation, disseminating that information down.

Also, we conduct monthly ISO meetings where it's not mandatory because they don't work for us, but quite a few of them dial in on the VANTS line, and that's conducted every month, and we keep meetings on -- minutes on those meetings, et cetera.

Page 12

[redacted]

Q What is Echelon I? You said there's three echelons, III, II, and I. What is one?

A Okay. Well, they seemed -- they called them Echelon I. Those are the ISOs. Those assets do not belong to us, but they're information security officers that are local assets to the medical center, the facility director, unit, office, whatnot.

[redacted]

Q That would be like [redacted]

A Yes.

Q Is he an Echelon I?

A Yes -- no. Echelon III.

Q Oh, Echelon III.

A Right. Three is local assets, not belonging to --

Q Not belonging.

A -- to OCIS.

Q All right.

A Two belongs to OCIS.

Q All right.

A And that was before the reorganization, but even when we did the formula, [redacted] was not classified as

an ISO that would be transferring over to us because of his other duties.

Q So it would be up to the Echelon II to disseminate training materials to [redacted]

A Right. And to point the security ISO community to our website, OCIS web portal, also to do any coordination, et cetera, because we have an -- believe it or not, we do have an escalation procedure in process to keep everybody in the loop apprised of what's going on. I mean, we even constructed that was self-reporting, a database of all the Echelon II and III ISOs in the entire country. We started this -- I started this a couple of years ago because of some recently lessons learned at that time, couldn't contact anybody, didn't know, et cetera, that we had them give us their contact information, the number of percentage of their daily workload that was dedicated to ISO, their primary versus secondary functions. That's why it was easy for us to identify who should come over or not to keep administrations from refuting because it's all self-reporting.

Q Let's go into the process of the VA SOC.

A Yes.

Page 14

Q Now, as I understand the whole process, that if someone has an incident they want to report, they can go to the website or they have an e-mail address where they can report an incident.

A That is correct.

Q And then that e-mail box, that e-mail message is received by several individuals.

A Right.

Q And one individual, it's my understanding, is the lead incident. That would be [redacted]

A Yes.

Q So, when this incident came into the VA SOC e-mail box, I understand the process of how it's received through the e-mail. What is in place at that point for [redacted] when he receives that? He has now taking -- taken on the task of following up on that incident.

A Okay. For this particular incident, the header in the subject line was "Potential Loss." Through lessons learned several years ago, because when I first came on board, I was reporting everything upstairs. I said, "Look, you guys have to have a process," and also through the insistence of the community, our concept of operation had --

we had to get concurrence from the rest of the community on how we would conduct business, and our concept of operation or procedures for escalation, tracking, et cetera, is based off a U.S. CIRC and the guidance that's provided there, and as a matter of fact, I even had some team members during the genesis of that working with the U.S. CIRC on how to respond to an incident, et cetera.

So what we first -- what [redacted] had to do first was get confirmation that this, in fact, was a bona fide -- and what I mean by bona fide, in fact, it had been stolen.

[redacted]

Q And you're talking about [redacted]

A I mean [redacted]

[redacted]

Q [redacted]

A I'm sorry. [redacted] Because keep in mind, it was reported potential.

[redacted]

Q Right.

A And it gave the information --

Q You had to validate?

Page 16

A You have to validate because, if not, we -- we tend to -- not that we're gun shy, but we get hammered all the time in this office, and some activities that have happened since this incident and now has demonstrated that. I can go into a little bit of those a little later.

But anyway, we had established a concept of operation that was signed off on. I have -- I don't have that with me presently, but it was all built towards best practices and guidance from U.S. CIRC as well as Carnegie Mellon who is the father, if you will, of CIRC, SOC incident handling management, and the reason why nothing was reported is we needed validation that, in fact, this had happened, keeping in mind that the first thing that [redacted] did was reply to him, "I need more information."

This was reported late afternoon. Late is like at 1500, 3 o'clock, I believe, if I can recall correctly, on a Friday. No response. No response. No response.

Monday, my team [redacted] tries to contact him again, and I believe he actually went down and talked to him this time. The reply was: "I got a meeting that I've got to go to." I said, "You're killing me here."

And I didn't find out about the incident -- you

b6 b7c
183

may be asking this question -- until the 16th. Why? Because my team followed procedures. It was not validated.

[redacted]

Q Is there anything in place -- at what point in time would the incident get elevated? Would [redacted] I mean, I understand his whole process of trying to validate before he elevates it. At what point in time would he say I've got to move this up the chain?

A Once he received validation.

Q So that's -- I mean, it's cut and dry that the policy is that it has to be validated first?

A Yes. The example I will give you, this just happened this past week. I got another e-mail, hey, this may have happened, this may have happened, this may have happened back in January, reported it up because no one is taking any chance now. It went all the way up, I believe, to -- I reported it immediately, without the formal report, to Mr. Howard. Everybody is getting engaged. Everybody is getting all spun up. Later found out that a privacy ticket was issued on it at that date and time back in January, and the information that they believed may have been released, in fact, was not, once again, where validation comes into

play because, by me just sending it up because I was directed, I don't care what it is -- send it up -- everybody got all spun up and said, "Okay. Everybody stand down." There was a privacy ticket issued on this event. Privacy Office investigated it. It wasn't a cyber security issue, and that's why we have to follow those processes.

Q Okay. Are there any provisions to notify the Inspector General --

A Oh, yes,

Q -- within your policies and practices?

A Yes. When we know that there's -- there is only so much that we can do, and my team, they've met with the U.S. CIRC on a regular basis. The IG was in here and briefed my team -- I didn't attend that meeting -- where they provided guidance and what should be done, what shouldn't be done, because it's very important if, in fact, there was an incident where something was stolen and -- and there is something that -- that -- where the IG could launch an administrative or criminal, we're automatically hands off, you know, because it comes --

Q But at what point would you notify the IG? If you had validated --

A We would have notified.

Q Okay. So --

[redacted]

Q Isn't --

A Oh, absolutely, because it was information that was stolen.

Q Now, what was that meeting with the IG? You said they came over here. You had a meeting. Do you remember when that was in the process?

A No. I've got to get with my team, Johnny Davis --

Q Recently, though, I mean, or --

A Yeah, a few weeks ago.

Q Prior to this incident?

A Yes.

Q I got to go see what [redacted] is a 13. Right?

A I believe so.

Q And then he reports to --

A Johnny Davis. I think there might be another layer, and Johnny Davis is the acting deputy, but he is also the Critical Infrastructure Protection service director that the SOC falls under.

Q But when this occurred, I think it was -- it goes

fro[redacted]o Johnny Davis. It doesn't seem -- I mean, don't know if there's another person in between there.

A Okay.

Q But you tell me.

A I'm not -- I need to go check.

Q Yeah. Because --

A There's so many moving parts these days with the reorganization, and we are also working on our own internal reorganization. So what is true is that [redacted] is within Mr. Davis' chain of command.

Q Right. Okay. Because like I said, we talked to those folks, and --

A Right.

Q -- I -- I don't -- I haven't found a person in between those two yet --

A Well, then --

Q -- as another line supervisor, the 14 in between.

A Okay. I don't dispute --

Q Johnny Davis --

A Yeah.

Q -- is a 15. Right?

A Right. Right. I won't dispute that.

[redacted]

Q What's the role of the SOC in Hines, Illinois?
Now, one of the individuals we spoke to said the, quote/unquote, "real SOC" was in Hines, Illinois.
A Yes, the primary SOC --
Q The primary SOC.
A -- that we're -- that we're reconstituting, that we opened April 15th, I believe, reopened.
Q Okay. So April 15th of 2006 --
A Yes.
Q -- you reopened --
A The SOC, Security Operations Center.
Q In Hines, Illinois?
A Yes.
Q Now, what is their role in this whole -- the organization between them and what's here at VACO?
A Well, they report directly to us, and that falls under Mr. Davis in the Critical Infrastructure Protection organization or service.
We had to reconstitute that -- that effort because of the vast LLC contract that expired on March 16th of -- I want to say 2006.

Q What is a LLC contract?
A Limited liability corporation. That's where we had a consortium of small 8(a) companies to provide 100 percent. It was outsourced. This contract was awarded before anybody who is here now was involved with that.
Q They provided the security?
A Security. They provided the FTEs to man what was called the CIRC, Central Incident Reponse Capability. That's something that Mr. Brody had established through that contract.
There were some discrepancies. You have to talk to the contracting officer about that, but that contract was terminated or ended abruptly.
Q So that -- that ended. So you reopened a SOC office in Hines, Illinois?
A Yes, ma'am.
Q And that was in April?
A Yes.
Q And then what is their role? Do you report to them?
A No. They report to us.
Q They report to you.

A Right. Their primary role -- they have several roles out there, but we have close to 350 IDS's deployed out there, intrusion detection sensors, and we're --
Q Is that a person?
A No. That is a technology that sits out on the network to monitor suspicious or potential suspicious activities or signals or data sent back to the SOC, and now we're in the process deploying IPS, intrusion prevention sensors, out there as well because it's -- it's a proactive device that sits out there, and what I mean by proactive, it can be configured that, hey, if we're getting hit with an MS blast, we can shut down that connection right then and there versus IDS is very passive, and it just -- for lack of a better term, it looks and listens and reports back suspicious --

[redacted]

Q After the fact.
A -- anomalies.
Yes.
Now, that information all comes back to the SOC. Keep in mind --

[redacted]

Q Here? The SOC here or the SOC in Hines?
A In Hines, the SOC in Hines, and what we have is a team of analysts.
Now, keep in mind, what I am identifying to you is a concept of operation, not the current state today. Okay. Then I'll address, well, the other SOC or whatever.
The concept of operation is to -- it's a 7-by-24/365 shop. They're constantly monitoring, looking for anomalies, et cetera, and then that's where we also have our PKI help desk, keeping in mind we're trying to reconstitute everything, and contracting takes a long time in the VA.
Prior to that, CIP got on contract. I think it's called Managed Security Practice or MSP -- I got to figure out what the acronym is -- to I believe it's -- starts with a "V," VeriSign or another company out there, that provides this capability. So we just needed a capability to read our sensors and then report up to us any anomalies.
Q So that the SOC in Hines, Illinois, is looking for instructions?
A Right, any -- any anomalies out there, suspicious activity on the network.

b6 b7C
185

Q That's because that's where the equipment is?
A That is correct, but we also didn't want to have every -- you know, we have too many corporate key assets here in the D.C. area, that I said let's get it out of here, let's find a secure data center, and VBA -- it's located at the VBA data center.

Q So that's complete and separate from an incident report that would come in through the SOC e-mail box, such as --
A No.
Q -- missing VA data?
A No. Once it's fully staffed and reconstituted, that's where it would go.
Q All right. At that time, but for now, as of today, as of 2 weeks ago --
A It all comes right here.
Q -- it all comes here.
A Right.
Q All right.

Q That actually had nothing to do with this incident. All right.
A No.

Q The way that the -- it is currently configured, that office is totally separate and had nothing to do with any incident investigating for this particular situation?
A I would say yes, to the best of my knowledge, because the SOC e-mail, incident e-mail, is checked on here. Once Hines is fully staffed, then it will be redirected out there.

Q Right, once it's --
A Right.
Q But this incident here had nothing to do with --
A Right. What we're trying to do, the reason why it's here is we have to maintain some sense of continuity.
Q Right.
A So location is -- is -- I would suggest is not the issue because it -- regardless of where it's at, it falls under that organization, but because it's not fully staffed our built out, it's here. It's checked here.

Q Well, that's where my confusion was because the one individual said -- was talking about the SOC in Hines, Illinois, and I didn't know if it came into play in -- in this particular investigation or this incident that was reported to the SOC.
A No. For what -- for what you all are conducting here, everything, the SOC --
Q It was all local here?
A All local here, the e-mail account that -- that -- the SOC e-mail that was received on the e-mail, it was pulled off here.

Q And you're not on that box, you're not that router, you don't -- you don't get those e-mail reports?

Q The e-mail. You don't get the e-mail?

Q You don't get the e-mail?
A No. d --
Q Those guys --
A -- the team get that.

Q -- and now Johnny Davis get that?
A Right. The --
Q He did not get it prior?
A That is correct, I believe.

Q In the Privacy Office, I've had some -- some various different testimonies I've read where the Privacy Office used to fall under -- under this Office of -- your office, and then it didn't, and now is it back?
A No. I know the whole history behind that.
Q I don't want the whole history.

Q Short version.

Q The short version. At the -- in May of 2006, did the Privacy Office fall underneath your venue?
A No.
Q Okay.
A Not as the ADAS for OCIS, no.
Q So it did not fall under OCIS or just --
A No.
Q Not at all?

b6 b7
186

A It's under OI&P, but not OCIS.
Q Not OCIS?
A Right.
Q So it's a completely separate entity?
A Yes, ma'am.
Q All right. Is there any responsibility from the SOC or through OCIS to report such an incident as this to the Privacy Office?
A Yes. As a matter of fact, that's what as doing, trying to be as diligent as possible, is to report it there. They finally opened up a ticket, and they followed up by saying, from what I can recall, they would -- to make it official, they would need to hear from the Privacy Office, which drive me nuts, privacy officer, but, you know, there are a number of reporting responsibilities once an incident or an issue has reached certain levels. There are bells that go off where you need to notify.
We also have a responsibility to notify, depending on the situation, the IG, U.S. CIRC.
Q One of the things that we have found is most of the individuals that we speak to are saying, "Well, the SOC

had it. So I felt there was nothing more I needed to do."
A What individuals? I don't mean names --
Q No.
A -- but what roles did they play?
Q But individuals that when the question is asked, well, why didn't you elevate this or why didn't you report it to someone else or why didn't you push it up the chain of command, one of the things that is being said, well, we reported it to the SOC.
A That's a false statement for anybody to make.
Q Well, that's why I am trying to find out with the SOC --
A Right.
Q -- what are their responsibilities because, if you look at it for the Privacy Office --
A Right.
Q -- you file -- you file a ticket with the Privacy Office. It then goes back to the privacy officer --
A Uh-huh.
Q -- to investigate and try and rectify the situation.
A Right.

Q So, when you look at the policies, there's nothing there to cause anyone to elevate to the next level to report outside the chain. So --
A Well, you know, when you say policy, you know, to put that in writing -- and these are my own words -- that's a ridiculous thing. I mean, it's an automatic ripple effect. For someone to say, "Well, I notified the SOC, and so my job here is done," you know, I don't want that individual, if they work for me, not to be working for me.
You know, if I -- if I find out about something, I'm letting as many people as I know that need to know because of what I say. It's a ripple effect. That's how we, more or less -- we try to conduct business here within OCIS. We have multiple services and their functions, but it has a ripple effect across the board, meaning policy. SOC needs to be aware, or the security, the engineering side of the house needs to understand the new policies as well as the ISOs, and that's what I mean by that ripple effect.
Q There might be a false sense out there, I think as s talking about. Some other folks think once they report it to you guys, you had the ball, you guys are

running with it, and they really thought that you guys didn't get back to them, that it was handled.
A Well, I would have to know who "them" is to give you any more information on that.
To -- for someone to say "I reported it to the SOC," the SOC --
Q I'll give you an example of one individual,

A Uh-huh.
Q He sent his e-mail to the SOC and at that point felt "my job is done."
A Then he -- he didn't do his job, bottom line.
Q Where did he fail? I mean, where did he fail?
Q Where's the -- where's the failure? I mean, if --
A The failure is constant and open communication.
Q Oh, I'm not saying he didn't report it to others within his chain, but --
A No. I mean to us, so we could have validated, in fact, that it was taken.

We have never spoken to the individual, never had access to him. The police report, none of that was provided to us. To date, we still have nothing.

Q So you still have an open incident that you can't close?

A Well, it's because of what you hear via scuttlebutt and everything else, that's why when I was asked to do other things, I automatically disengaged and said, "No. I believe the IG is conducting a criminal investigation," and then I saw all you IG people running around. So, to me, that's -- that's a good flag.

You know, we try to be -- not try. We do have procedures that make us be very diligent in what we do, you know, as far as not reporting up the chain. Once again, our internal process, unless it's been a validated incident, we don't go any higher with that, and that's what I meant by the communications access.

While I reported it to -- you know, for an ISO to say I reported it to the SOC and now my job is done, that's a ridiculous statement for any ISO to say, especially if it happened on his watch within his area. He needs to -- he or she needs to do the follow-up.

Q And what type of follow-up would be typical?

A Well, that's what I meant with the constant communication from the SOC. "Hey, anymore? Do I need to do anymore with this? What is it that you need from me?," things like that, and let me tell you, this is the exception and not the rule. ISOs out there are very diligent, and they work with us constantly, and we're constantly going back and forth with communication. That's what makes this whole incident so frustrating is because it happened -- it was first reported on a Friday afternoon. [redacted] not [redacted] said, "Hey, I need more information on this," and I'm getting gigged from my management team now, senior management team. We've got to fill in the gaps between the weekend, Saturday and Sunday. The guy was non-responsive, what do you want, you know. There's only so much we can do.

[redacted]

Q I had a question. You mentioned that you have an inspection team that goes out there.

A RID, Review and Inspection Division.

Q Right, a division that kind of goes out. Did you guys go to the policy and planning preparedness? Did you

guys do any kind of inspection there --

A I --

Q -- recently? I mean --

A Sir, I will have to check. I know --

Q They asked this last time. That's why I was asking. You said you were going to check, and I just want to make sure we follow up.

A Oh, I'm sorry.

Q That's okay.

A I know they -- their primary -- they've been going out to the facilities --

Q Right.

A -- and looking at them because we like to think that we have a good working relationship with the IG, and this is something I had to fight for amongst the community, and my argument was better to hear from us than the IG because the IG speaks, it's on the record, and you've got to do it now.

We come out there as a courtesy, and we -- and we look at your systems, controls against past CAP reports, et cetera, to see what they've done, if they've done anything.

Q To try to identify the problem, and that's good.

Could you check on that and get back to us?

A I'm sorry. I'll --

Q I want to make sure we get that.

A RID P3.

Q I have one more question. Bear with me for a second here.

A Sure.

And I will tell you why you're looking for your question there, sir. Since this incident, because the individual walked home, hand-carried, sneakernet, and we have been working with the U.S. CIRC and others. I mean, I know they're changing some of their procedures as well.

Q CIRC?

A The U.S. CIRC.

Q Really?

A Yeah. Because this does not -- this is like an insider -- insider threat. It is not a cyber security incident, per say, with the individual taking it out.

Now, it could be gigged as a security violation of best practices or guidance because of the policies or procedures, but everybody is going around saying we got the proper authorizations to give them access and all this --

188

Q Here, and then telecommuting comes into play here.
A Well, the question was asked how many telecommuters versus VPN users. See, there's a vast difference. Actual bona fide telecommuters, I think the number that was given on the Hill was 6,000, 6,500. The question that was not asked, okay, well, how many VPN users are there.
Q How many?
A Around 40,000. 20,000 are active, and that's remote.
Q Right.
A You know, so people are using a play on words. Now, it's not me, and I'm sitting there going come on, answer the question that they're asking, full disclosure here.
Q And that could be personal computers that have that access?
A Yes. And once again, that's something I addressed 3 years, 6 months ago, it was not cost effective to replace with personal Government computers. It was not cost effective. You don't know how we do business. You're affecting patient care.

Another issue that I'm trying to address, I have been addressing, is sending potential sensitive information overseas. VHA has a contract with an Australian company to read radiology transcripts, medical transcripts, to interpret those -- are sent over the Atlantic side by the prime where they sub the work out because they get 25 cents a line. They can get it, sub it out for 5 cents a line.

The medical devices, because these are global companies that we work with, we've caught people dialing in from Israel because they're performing preventive maintenance on medical devices. We shut it down.

China -- excuse me. China, Canada, and I just got one e-mail, the ISO would like information on how do you handle background investigations for foreign nationals. I mean, it's an educational process that we're going through here, and in the St. Petersburg Time -- I don't know if you read that -- the sex offender that was hired as a VBA or VHA employee working. He's working with middle and high school kids because they're candy stripers. I brought that up, 2, 3 months ago, over the FIPS 201 PIV program. HR personnel, they were reading me the riot act over that. I said, "Look, we have to do our due diligence or we become liable." I

said, "Who is checking on these people?," and all I got was grief, and that's all I've gotten for the past 3 years, 6 months, and let me --
Q That's how long you've been here. Right?
A Oh, yeah. I'm tracking that.
Q Let me ask you. Databases. Are you familiar with all the databases like BIRLS and all those different ones?
A Absolutely not.
Q So you don't have any idea what these things contain, the amount of records?
A Look, for what I do here, I couldn't go past a 5-minute discussion on HealtheVet, VistA, or any other major programs out there.
Q BIRLS, you have no idea what that contains?
A I have an idea now.
Q Now you do, I'm sure.
A Yeah, but not prior to. I mean, we try to do our C&A of AAC. We're a data center, we're a franchise, you don't need to come down here. You know, I wish a people would walk a mile in my shoes.
Q Have you been down to Austin? I mean --
A Yes.

Q -- you've had the grand tour?
A I've had a lovely tour.
[redacted] I don't have anything else --
[redacted]: I don't either.
[redacted] -- unless you do.
[redacted]
Q We may call you with a follow-up question because, like I said, we're putting this whole thing together, and there may be one thing that somebody --
A Not a problem.
[redacted]
Q I'll shoot you -- I'll probably shoot you an e-mail if I have any follow-up questions.
A Okay. I do have one action from you to see if the RID has recently --
[redacted]
Q Yes.
A -- or ever --
Q -- or ever --
A -- visited P3.
Q Right. Yeah. Recently or ever, even prior to you getting here, at least it would be nice to know the last

b6 b7
189

time you were there. Well, you instituted that, I think you said, in [inaudible].

A Right. You know --

Q But prior to that, there wasn't any kind of program like that?

A Right. Right.

Q Okay.

A Technically, this is the easiest job I've ever had, single-level mode, all unclass. It's the bureaucracy that's made it the toughest job I've ever had. You wouldn't -- you know, I'm saying this for the tape too. You wouldn't believe the roadblocks I get every time, every time.

Now, my biggest concern is what I said the knee-jerk reaction, well, we need to get encryption, we need to do this. Well, many, many years of neglect cannot be fixed in one week, and we have to go back doing this the right way because, if we don't -- people are just looking, yeah, we've got policies, but if not implemented correctly, meaning let's get out of this knee-jerk mode, do it right, do it systems engineering, systems programming -- there's a right way to do it -- we're still going to fail, and that's what I meant by the knee-jerk reaction right now.

You know, they're telling me the sky is the limit for you, but they're not willing to give me the time to do it properly.

Q Seize the moment.

A Yeah.

[redacted] Okay.

[redacted] I'm going to go ahead and end your testimony.

MR. CADENAS: All right.

[Whereupon, the sworn testimony of PEDRO CADENAS, JR., concluded.]

- - -

b6 b7

190

[redacted] (OIG)

**From:** Cadenas, Pedro
**Sent:** Tuesday, June 06, 2006 10:49 AM
**To:** [redacted] (OIG)
**Subject:** Reply to follow up question.

Q. Has the Review and Inspection Division (RID) performed any reviews within the Office of Policy, Planning, and Preparedness (P3)?

A. No, RID reviews systems (major applications or general support systems) that are reported. P3 has not reported any system that meets the requirement for review.

*Pedro Cadenas, Jr.*
ADAS for Cyber and Information Security
Department of Veterans Affairs

b6 b7c