Page 1

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF INSPECTOR GENERAL
WASHINGTON, D.C.

Administrative Investigation: Lost Data
Case No. 2006-02238-IQ-0132

CONDUCTED BY

[REDACTED] OIG Senior Auditor
[REDACTED] OIG Supervisory IT Specialist

SWORN TESTIMONY OF

[REDACTED] Information Security Specialist,
AAC SO

Wednesday, June 7, 2006

[TRANSCRIPT PREPARED FROM AN AUDIOTAPE RECORDING.]

MALLOY TRANSCRIPTION SERVICE
(202) 362-6622

Page 2

PROCEEDINGS

[REDACTED] [In progress] -- Department of Veterans Affairs, Office of Inspector General. I'm in Austin, Texas. It's June the 7th, 2006, and with me today is [REDACTED] and also [REDACTED] of the IG shop.

[REDACTED] would you raise your right hand, please. Do you swear that the testimony you are about to give is the truth, the whole truth, and nothing but the truth?

[REDACTED] I swear.

Whereupon,

[REDACTED]

was called as a witness and, after having been first duly sworn, was examined and testified as follows:

EXAMINATION

Q [REDACTED] could you state your full name and position for the record?

A [REDACTED], and I'm an IT specialist for Security Services Branch at the AAC.

Q And how long have you worked here at this position?

A Since January 2005.

Q Okay. And can you give me a brief overview of your duties?

A I do system administration for something called the ACRS and Top Secret. We basically get requests through -- via -- via 9957's, and we have people do the system.

We also do some of the auditing for our shop, and in general, it's just administrative duties that I have dealing with the IT.

Q Okay. And have you received a request to look into the access by an employee who may have been involved in an incident in which some data was taken from his home in the last month, Mr. Wayne Johnson?

A I was asked to get some information, Mr. Wayne Johnson, access at the AAC.

Q Okay. Can you tell me about that?

A Okay. On May 21st, I was called at home from our service desk or help desk, stating that the deputy CIO for the VBA needed some assistance. They give me a phone number. I proceed to call [REDACTED] and he explained that he needed to find out if Mr. Johnson had some access at the AAC.

So I went ahead and told him I would call him back. I called my supervisor to get the okay. Once she gave me the okay, I called [REDACTED] back and I told him, yes, I am going to go in and I am going to go ahead and see if he had access.

Q And who is your supervisor?

A [REDACTED]

Q Okay. What happened next?

A So I came in to work, and then the first thing I did was just look into the system to find out if there was a Wayne Johnson that actually had a mainframe account. Once I find out that he did, I went ahead and put his account on suspense status, so no one could log in, and then I proceeded to take a look at the account and what access he had, and I also started running some of the logs that I am going to provide you with that show you when he logged into the system.

Q Okay.

A I called [REDACTED] and I explained to him that, yes, this individual has access to the AAC, I put the account on hold, and I am running some logs for you, and then he told me at that point, you know, go ahead and continue to do that, I'll get back with you tomorrow

Page 5

1   morning, and then we can go ahead and exchange that
2   information.
3       Q  Okay. So did you then provide him with some
4   information?
5       A  Yes. The next day, I had all the logs ready, and
6   I brought him with the copies, the same copies I'm going to
7   give you today, and that was the extent of it.
8          We had about 2 days of communication. He asked me
9   for some information, for the logs first, and then he asked
10  me for the 9957's as well, and I provided that on the second
11  day.
12      Q  Did you have any e-mails going back and forth?
13      A  Yes, we did.
14      Q  And do you have copies?
15      A  I have copies of that for you too.
16      Q  Okay. So can you kind of go through, tell us the
17  things Mr. Johnson had access to?
18      A  Well, I am -- I never worked with the data that he
19  worked with. Okay? The extent of my job is to provide
20  access to the functional task codes, and the functional task
21  codes are like containers and, you know, for the data that
22  he had access to. So I can see the description of what a

Page 6

1   functional task code is, and I can get an idea of what a
2   functional task code is for, but I don't know what data is
3   contained within it because I don't have the access to it.
4   So --
5       Q  Okay. Is there someone that could tell us, based
6   on the information that you've provided, what information is
7   contained in that?
8       A  It would depend on what functional task codes. He
9   had access to several of them. One of them, for example,
10  was for FMS, so the person that deals with FMS data would
11  have to go ahead and take a look at that.
12         He had also had access to something called
13  "BIRLS."
14      Q  Uh-huh.
15      A  And then the point of contact with BIRLS would
16  have to be the one that give you more details on what that
17  is all about.
18      Q  Did he have any access to something called a "Comp
19  and Pension Master Record" or a "Comp and Pension Mini
20  Master Record"?
21      A  Not from what I can see. See, as you can see
22  here, this is what I meant by a functional task code.

Page ▇

1       Q  Sure.
2       A  This is a code assigned to his account, and this
3   is the description of what that code is.
4       Q  So there's BIRLS, FMS, ROSCOE Remote, Survey of
5   Veterans, and Nationwide SSN Data, ACRS Registration.
6   There's a couple I didn't read.
7       A  Right. And ACRS Registration is just when the
8   account got created.
9       Q  Okay.
10      A  So, for each one of those, then you would have to
11  get a point of contact that can actually tell you
12  information about what that, you know, functional task co
13  what resources are given by that.
14      Q  And so who could -- would you be able to identify
15  the point of contact for those? Is there -- how do you find
16  that out?
17      A  Well, I can go into the system and see if there is
18  a point -- point of contact for a functional task code.
19  Okay?
20         I know, for example, that for this particular one,
21  ▇▇▇▇▇▇▇▇ [ph] -- I think he -- I think he's right here
22  at the AAC. He's the point of contact for that one.

Page ▇

1          For FMS, that would be ▇▇▇▇▇▇▇▇ [ph] up in
2   VACO. Okay?
3          For the rest of them, I would have to take a look
4   at each functional task code and find out who the point of
5   contact is for that.
6       Q  Okay. And why don't you describe what these
7   documents are that you have for us today.
8       A  Okay. What I have is a snapshot of two different
9   type of accounts. Okay? They're all tied in together, and
10  the first -- the first account is what we call the ACRS
11  account. That stands for Automated Customer Registration
12  System, and that's just like a front end to the mainframe.
13  We run multiple applications on the mainframe, and that ju
14  allows us to be able to enter new customers, modify their
15  access, delete their access, et cetera, but in reality, on
16  the mainframe, there is something called the "Top Secret
17  account." That's the one that's really handling the
18  interaction with the mainframe, and I have a snapshot of
19  both, the ACRS account and the Top Secret account. Okay?
20  So this is what these copies are.
21      Q  Okay.
22      A  In addition to that, I also have copies of the

Page 9

1  last two 9957's that were submitted to the AAC requesting
2  access for this individual, and this one dates back to
3  3/24/2006, and the previous one was, what, 9/28/2005, but
4  these are not all the 9957's. These are just the ones I was
5  requested to provide.
6     Q  Sure.
7     A  Okay. I also have copies of all the e-mails
8  between myself and ▓▓▓▓ at the VBA, and I also --
9  between myself and mostly from myself to several point of
10 contacts. Because ▓▓▓▓ didn't have PKI, I asked him
11 that I need to send that information via PKI. So he gave me
12 two different point of contacts, and I submitted copies of
13 all these documents that you see here to those individuals.
14    Q  Okay.
15    A  So those are the e-mails.
16       I also have copies of the system logs that I was
17 asked to pull. I have from January to May, and these system
18 logs are going to show just when Mr. Johnson logged into the
19 system.
20       The system does not keep track of exactly what was
21 touched by Mr. Johnson, just when he logged in, he logged
22 out, if it was a successful log-in. If he had problems

Page 10

1  logging in, that would show it in here too, but other than
2  that, it's not going to show us any details as to what
3  datasets or what --
4     Q  Sure.
5     A  -- functional task codes he had access to. Only
6  as you put an added attribute on an account to begin with,
7  you are not going to get that type of information, and that
8  is the extent of what I have here.
9     Q  And how far back do the access logs go that you
10 pulled for us?
11    A  I pulled until January, so the entire month of
12 January.
13    Q  Of '06?
14    A  Right.
15    Q  Okay.
16    ▓▓▓▓  Do you have any questions?
17    ▓▓▓▓  No. I don't believe so.
18
19    Q  Okay. And you mentioned that you provided this
20 information to ▓▓▓▓. Have you had any contacts with
21 any other employees at the Office of Automation Center
22 concerning this information?

Page 1▓

1     A  No. I kept my supervisor -- other than keeping my
2  supervisor and the big boss for the section abreast of the
3  fact that --
4     Q  Who is the big boss for the section?
5     A  ▓▓▓▓ [ph].
6     Q  Okay.
7     A  I just let them both know that, you know -- well,
8  ▓▓▓▓ knew I was coming in, and when I got here, ▓▓
9  was working that weekend. So I explained to him why I w▓
10 in to work and that I was just doing some security incident
11 investigation. So that was it, just those two.
12    Q  Okay. Has there been anything that we have talked
13 about today that you would like to add to or clarify?
14    A  I can't think of anything at this point.
15    ▓▓▓▓  Okay. Then we will end your testimony.
16    ▓▓▓▓  I have a question.
17    ▓▓▓▓  Oh, one question.
18    THE WITNESS: One question.
19    ▓▓▓▓
20    Q  And I don't know if -- if this is under your
21 purview. Is it the functional task code responsibility to
22 -- which gives the user access to a specific dataset name,

Page 1▓

1  as in like if they have -- like we have access to IGA
2  prod-dot [ph], text-dot, whatever dataset name. Some people
3  have MDP, whatever access. Some people have RLS-dot-Access.
4  Does that come from the functional task code?
5     A  Yes, ma'am. What happens is that the user can get
6  access in a couple of ways. One is through a functional
7  task code that is assigned through the ACRS, and the
8  functional task code is just a pointer to the resources,
9  datasets, facilities, datasets like MDPU or, you know, SSN
10 or whatever the case is.
11       And then within the functional task code for each
12 one of those datasets, there is going to be permissions for
13 each one of them. So it could be just read access. You
14 could have a non-functional task code that is update access
15 to that dataset. Okay? So depending on which dataset it
16 is.
17       And then the user can also get direct access to a
18 dataset if we enter that information directly into their Top
19 Secret account. So we don't use the interface. We just
20 directly assign a dataset, and this individual, there's a
21 couple of examples here.
22       He had read access to a couple of datasets that

1  were given to him, like this 9-9-7, and that was a direct
2  entry into it. So there is no functional task code given
3  then. Everything else, he was getting through a functional
4  task code.
5      Q  Okay.
6      A  Does that answer your question?
7      Q  Yes, it does. Thank you.
8          ████ All right. We are going to end your
9  testimony, then.
10         [Whereupon, the sworn testimony of ████
11 concluded.]
12         - - -