UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*,　　　　　　　Plaintiffs,<br><br>v.<br><br>R. James NICHOLSON, *et al.*,　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civ. No. 1:06-CV-01038(JR)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF CHARLES L. CLARK

PERSONALLY appeared before me Charles L. Clark, who first being duly sworn, deposes and states that:

1. My name is Charles L. Clark. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth herein, except as specifically stated.

3. I am a named Plaintiff in the above captioned case.

4. I am a veteran of service in the United States Navy and a combat veteran of World War II.

5. I am also a radiation-exposed veteran of the occupation of Nagasaki.

6. I have filed one or more claims for benefits from the United States Department of Veterans Affairs ("VA") due to the adverse health effects caused by my in-service radiation exposure.

7. On or about May 2006, I received a letter signed by R. James Nicholson that stated I was one of the individuals whose personally identifiable information was

potentially exposed to others because of a theft of VA data including names, social security numbers, and dates of birth for up to 26.5 million veterans and some spouses from the home of a VA employee.

8. On or about August 2006, I received a second letter signed by R. James Nicholson regarding the theft of my personal information.

FURTHER AFFIANT SAYETH NOT.

_Dec 27, 2006_
Date

_Charles L. Clark_ (signature)
Charles L. Clark

SWORN to and subscribed before me,

this 27th day of December, 2006

_Shanti Kiawao Emeoa_ (signature)
Shanti Kiawao Emeoa
Notary Public for State of Hawaii

My commission expires: 03-24-2007