UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> R. James NICHOLSON, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 1:06-CV-01038(JR) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF DAVID CLINE

PERSONALLY appeared before me David Cline, who first being duly sworn, deposes and states that:

1. My name is David Cline. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth herein, except as specifically stated.

3. I am a named Plaintiff in the above captioned case.

4. I am a veteran of service in the United States Army and was a rifleman with the 25th Infantry Division.

5. I am a disabled veteran of the Vietnam War.

6. I received three Purple Hearts for wounds received in combat, the Bronze Star for bravery, the Combat Infantry Badge, and other Vietnam service medals.

7. I have filed one or more claims for benefits from the United States Department of Veterans Affairs ("VA").

8. On or about May 2006, I received a letter signed by R. James Nicholson that stated I was one of the individuals whose personally identifiable information was potentially exposed to others because of a theft of VA data including names, social security numbers, and dates of birth for up to 26.5 million veterans and some spouses from the home of a VA employee.

9. On or about August 2006, I received a second letter signed by R. James Nicholson regarding the theft of my personal information.

FURTHER AFFIANT SAYETH NOT.

12/14/06
Date

David Cline

SWORN to and subscribed before me, this 14th day of Dec, 200_6.

Notary Public for NOTARY PUBLIC OF NEW JERSEY
MICHAEL Y. YUN
No. 2061705
My commission expires: My Commission Expires June 9, 2009