UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>R. James NICHOLSON, *et al.*,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 1:06-CV-01038(JR)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF JAMES E. MALONE

PERSONALLY appeared before me James E. Malone, who first being duly sworn, deposes and states that:

1. My name is James E. Malone. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth herein, except as specifically stated.

3. I am a named Plaintiff in the above captioned case.

4. I am a veteran of service in the United States Navy from July 1960 to August 1964.

5. I was exposed to radiation from United States atomic testing.

6. I have filed one or more claims for benefits from the United States Department of Veterans Affairs due to service-connected conditions.

7. On or about May 2006, I received a letter signed by R. James Nicholson stating that I was one of the individuals whose personally identifiable information was potentially exposed to others because of a theft of VA data including names,

social security numbers, and dates of birth for up to 26.5 million veterans and some spouses from the home of a VA employee.

8. On or about August 2006, I received a second letter signed by R. James Nicholson regarding the theft of my personal information.

FURTHER AFFIANT SAYETH NOT.

_12/14/2006_
Date

_James E. Malone_ (signature)
James E. Malone

SWORN to and subscribed before me,

this _14_ day of _December_, 200_6_.

_Esther Celaya_ (signature)

Notary Public for _STATE OF ARIZONA, County of PIMA_

My commission expires: _11-14 2007_



OFFICIAL SEAL
ESTHER CELAYA
NOTARY PUBLIC - STATE OF ARIZONA
PIMA COUNTY
My Comm. Expires Nov. 14, 2007