## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01038(JR) |
| R. James NICHOLSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### AFFIDAVIT OF JOHN ROWAN

PERSONALLY appeared before me John Rowan, who first being duly sworn, deposes and states that:

1.    My name is John Rowan. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2.    I have personal knowledge of the facts set forth herein, except as specifically stated.

3.    I am a named Plaintiff in the above captioned case.

4.    I am a veteran of service in the United States Air Force, serving from July 1965 to December 1967.

5.    In addition, I am also the current President of the Vietnam Veterans of America, Inc.

6.    I have filed one or more claims for benefits from the United States Department of Veterans Affairs.

7.    On or about May 2006, I received a letter signed by R. James Nicholson that stated I was one of the individuals whose personally identifiable information was

potentially exposed to others because of a theft of VA data including names,

social security numbers, and dates of birth for up to 26.5 million veterans and

some spouses from the home of a VA employee.

8.    On or about August 2006, I received a second letter signed by R. James Nicholson

regarding the theft of my personal information.

FURTHER AFFIANT SAYETH NOT.

_12/13/07_____
Date

                                              _____
                                              John Rowan

SWORN to and subscribed before me,

this _13ᵀᴴ_ day of _Dec_____, 200_6_

_____
                MARIANN HASTABA (ROWAN)
                COMMISSIONER OF DEEDS
                CITY OF NEW YORK 4-3687
                COMMISSION EXPIRES JAN. 1, 19___
Notary Public for _____

My commission expires: ___Oct 1, 2008___

2