# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, INC., <u>et al.</u>, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:06-cv-01038-JR |
| R. JAMES NICHOLSON, in his official capacity as Secretary of Veterans Affairs, <u>et al.</u>, | ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, by and through undersigned counsel, hereby move for an extension of time in which to respond to Plaintiffs' Motion for Partial Summary Judgment, to and including the date on which Defendants' reply in further support of their Motion to Dismiss or, in the Alternative, for Summary Judgment, shall be due. The reasons supporting this motion are as follows.

1.    By order dated November 3, 2006, the Judicial Panel on Multidistrict Litigation consolidated this and two other actions before this court for pre-trial proceedings pursuant to 28 U.S.C. § 1407. <u>See</u> Docket No. 14.

2.    In accordance with this Court's Minute Order dated October 13, 2006, on November 20, 2006, Defendants filed a Motion to Dismiss or, in the Alternative, for Summary Judgment, in all three cases. <u>See</u> Docket No.15. That motion, <u>inter alia</u>, addresses Plaintiffs' claims that Defendants failed to comply with the requirements of 5 U.S.C. § 552a(e)(10) (the "(e)(10) claims"). Plaintiffs in all three cases have moved for an extension of time in which to respond to defendants' Motion.

3.     On January 9, 2007, plaintiffs in this action filed a Motion for Partial Summary Judgment "on the issue of Defendants' violations of 5 U.S.C. §§ 552a(e)(10) and 552a(g)(1)(D)." Pl. Mot. for Partial Summ. J. at 1. See Docket No. 18.[1]

4.     Because both Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment relate to Plaintiffs' (e)(10) claims, Defendants believe that it will be more efficient for the Court and the parties for Defendants to respond to Plaintiffs' Motion at the same time that they file their reply in further support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment.

5.     It is the undersigned's understanding that Plaintiffs in one or more of the consolidated cases are likely to move for a further extension of time in which to respond to Defendants' Motion.  In addition, Defendants are likely to seek an extension of time in which to file a reply in further support of their Motion, depending on the nature of Plaintiffs' opposition thereto.  At this time, therefore, there is no firm date set for Defendants' reply.  Accordingly, Defendants seek an order providing that their opposition to Plaintiffs' Motion shall be due concurrently with that reply, rather than by a date certain.

Pursuant to Local Rule LCvR 7(m), the undersigned has conferred with counsel for plaintiffs in this action, who has indicated that plaintiffs do not oppose this motion.

Pursuant to Local Rule LCvR 7(c), a proposed order is attached hereto for the Court's consideration.

WHEREFORE, Defendants respectfully request that the instant motion be GRANTED

---

[1] Although Plaintiff's Motion refers to Defendants' alleged "violations" of 5 U.S.C. § 552a(g)(1)(D), that provision simply provides a cause of action for certain failures to comply with other provisions of the Privacy Act.

2

and that Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment be due on

the same date as Defendants' reply in further support of Defendants' Motion to Dismiss or, in the

Alternative, for Summary Judgment.

Dated: January 19, 2007.                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


_/s/ Ori Lev_____
ORI LEV  (D.C. Bar No. 452565)
Senior Trial Counsel
DAVID M. GLASS
Senior Trial Counsel
HEATHER R. PHILLIPS
Trial Attorney
U.S. Department of Justice
Civil Division/Federal Programs Branch
Mail:   P.O. Box 883
            Washington, D.C.  20044
Street: 20 Massachusetts Ave., N.W.
            Room 7330
            Washington, DC  20001
Ph:     (202) 514-2395
Fax:    (202) 318-7589
Email: ori.lev@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

VIETNAM VETERANS OF AMERICA,     )
INC., <u>et al.</u>,     )
     )
     Plaintiffs,     )
     )
     v.     )
     )     No. 1:06-cv-01038-JR
R. JAMES NICHOLSON, in his official capacity     )
as Secretary of Veterans Affairs, <u>et al.</u>,     )
     )
     Defendants.     )
_____)

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment, and good cause having been shown, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment shall be filed no later than the date on which Defendants' reply in further support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is due to be filed.

**SO ORDERED.**


Dated: _____     _____

                                    JAMES ROBERTSON
                                    United States District Judge