# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01038(JR) |
| R. James NICHOLSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| Paul HACKETT, *et al.*, | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01943(JR) |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| Michael ROSATO, *et al.*, | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01944(JR) |
| R. James NICHOLSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' JOINT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 7(b) and agreement among the parties, Plaintiffs in the above captioned cases hereby jointly move for an extension of time until February 28, 2007, to respond to "Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment" filed on November 20, 2006.  The reasons for this extension of time are: (1) to permit the plaintiffs to coordinate their individual responses and (2) to align the briefing schedules in these three actions for the Court's convenience.

The parties have conferred on this issue and Defendants' counsel has indicated that Defendants do not oppose this motion.

A proposed order is attached hereto for the Court's consideration.

Wherefore, Plaintiffs respectfully request that the instant motion be GRANTED.

Respectfully submitted,

/s/
L. Gray Geddie (D.C. Bar No. 421357)
Douglas J. Rosinski (D.C. Bar No. 461275)
Ogletree, Deakins, Nash,
  Smoak & Stewart, P.C.
1320 Main St.
Columbia, SC 29201-3266
Attorneys for Plaintiffs in Civ. No. 1:06-CV-01943(JR)

Dated: January 19, 2007