[Proposed]
**ORDER**

THIS MATTER having come before the Court on Plaintiffs' Joint Unopposed Motion to Extend the Time to Respond to Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment Until February 28, 2007, and good cause having been shown, it is hereby

ORDERED that Plaintiffs' Motion is Granted; and it is further

ORDERED that Plaintiffs' Response to Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment, is due no later than February 28, 2007.

SO ORDERED.


Dated:_____.                    _____
                                          JAMES ROBERTSON
                                          United States District Judge