UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIETNAM VETERANS OF AMERICA, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) R. JAMES NICHOLSON, in his official capacity ) as Secretary of Veterans Affairs, et al., ) ) Defendants. ) ) | No. 1:06-cv-01038-JR |

**MOTION TO WITHDRAW
INADVERTENTLY FILED ANSWER FROM THE DOCKET**

On November 14, 2006, the present case was consolidated with two others for pre-trial proceedings before this Court. See In Re: Department of Veterans Affairs (VA) Data Theft Litigation, case number 06-0506. On January 23, 2007, this Court entered a scheduling order in the consolidated case directing the parties to file all future pleadings in the consolidated case only. (Case No. 06-0506, Dkt. #3).

On January 11, 2008, counsel for the defendants filed separate Answers to the three consolidated Complaints in the consolidated case. (Case No. 06-0506, Dkt. #35). On the same day, however, counsel inadvertently filed a separate copy of the Answer to the Complaint in VVA v. Nicholson under the civil action number for that individual case. (Case No. 06-1038, Dkt. #21).

On March 18, 2008, counsel for the defendants learned that the copy of the Answer that had been filed in VVA, case number 06-1038, was not identical to the one filed in the

consolidated case, case number 06-0506.  Instead, the document filed in VVA was a prior draft of the Answer containing privileged comments by counsel.  The filing was in error, and counsel respectfully requests that the Answer be removed from the docket in case number 06-1038.  No substitute answer is required, as the final copy of the Answer has been properly filed in consolidated case number 06-0506.

 Pursuant to Local Rule 7(m), counsel for the defendants attempted to contact counsel for the plaintiffs by telephone but was informed that counsel for the plaintiffs is out of the office until April 1.  Counsel for the defendants then emailed counsel for the plaintiffs in a further attempt to confer but learned that counsel for the plaintiffs does not have access to voice mail or email.  Counsel for the defendants also spoke with plaintiffs' counsel's secretary, and she confirmed plaintiffs' counsel's unavailability.  Because counsel for the defendants believes that prompt action is required to protect the privileged material, counsel felt it necessary to file the present motion without delay.  If need be, counsel for the defendants remains open to discussing the matter further with counsel for the plaintiffs when he returns.

  Respectfully submitted,

  JEFFREY S. BUCHOLTZ
  Acting Assistant Attorney General

  JEFFREY A. TAYLOR
  United States Attorney

  ELIZABETH J. SHAPIRO
  Assistant Branch Director


  */s/ Heather Phillips*
  HEATHER PHILLIPS, CA Bar #191620

        Trial Attorney
        United States Department of Justice
        Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20001
        (202) 616-0679
        heather.phillips@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I caused a true and correct copy of the foregoing document to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

*/s/ Heather Phillips*
HEATHER PHILLIPS