# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIETNAM VETERANS OF AMERICA, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:06-cv-01038-JR |
| R. JAMES NICHOLSON, in his official capacity as Secretary of Veterans Affairs, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of the Defendants' Motion to Withdraw Inadvertently Filed Answer from the Docket, it is by this Court hereby

ORDERED that the clerk shall withdraw Defendants' Answer, Dkt. #21, from the docket.

DONE, this _____ day of _____, 2008.

_____
JAMES ROBERTSON
United States District Judge